**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED 2009 DEC 30 PM 3: [illegible]

Case Number __CR09-01344__    Defendant Number __One__
U.S.A. v. __Jirair Avanessian__    Year of Birth __1953__
☑ Indictment   ☐ Information    Investigative agency (FBI, DEA, etc.) __ICE, FBI, IRS__

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as N/A.

**OFFENSE/VENUE**

a. Offense charged as a:
  ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
  ☐ Petty Offense   ☐ Class B Misdemeanor
b. Date of offense __January 2007 to January 2009__
c. County in which first offense occurred
  __Los Angeles__
d. The crimes charged are alleged to have been committed in:
  CHECK ALL THAT APPLY
  ☑ Los Angeles    ☐ Ventura
  ☐ Orange    ☐ Santa Barbara
  ☐ Riverside    ☐ San Luis Obispo
  ☐ San Bernardino    ☐ Other _____
Citation of offense __18 USC 371, 50 USC 1705, 18 USC 554, 18 USC 1956__

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☑ No    ☐ Yes
  IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any:  **MUST MATCH NOTICE OF RELATED CASE** _____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: _____
  Case Number _____
  Charging _____

The complaint:    ☐ is still pending
  ☐ was dismissed on: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
  ☐ Yes*    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*    ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?    ☐ Yes    ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  ☐ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
  ☐ Yes    ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:    ☐ Yes    ☐ No
IF YES, list language and/or dialect:
_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
☑ Male              ☐ Female
☐ U.S. Citizen      ☑ Alien
Alias Name(s) Jerry Avanessian, Jerry Avanes
*defendant is LPR

This defendant is charged in:   ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?           ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☑ Other: Government regulatory offense, export fraud, money laundering, conspiracy

**CUSTODY STATUS**
Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☐ No
d. Is a Fugitive      ☐ Yes   ☐ No
e. Is on bail or release from another district: _____

f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   ☑ Yes   ☐ No

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____

d. ☐ Solely on this charge. Date and time of arrest: _____

e. On another conviction:   ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date December 29, 2009

*Rozella A. Ol—* (signature)
Signature of Assistant U.S. Attorney

Rozella A. Oliver
*Print Name*