FILED
2010 JAN 11 AM 10: 03
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jirair Avanessian DEFENDANT(S). | CASE NUMBER: CR-09-1344 REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 1-11-10 @ 06:00   ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building)   Yes ☒   No ☐
3. Charges under which defendant has been booked: OFAC, money laundering, conspiracy, smuggling
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes   ☒ No   ☐ Unknown
6. Interpreter Required: ☐ No   ☒ Yes: Armenian _____ (Language)
7. Year of Birth: 1953
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): —
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. — )
12. Does the defendant have retained counsel?   ☐ No
    ☒ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: Duty Officer   Time: 8:15 ☒ AM / ☐ PM
14. Remarks (if any): _____

15. Date: 1-11-10
16. Name: Steven Kapellas (Please Print)
17. Agency: FBI, ICE, IRS
18. Signature: _____
19. Office Phone Number: 562-843-2806

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION