# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:09-CR-01344                 Recorder: CS 01/19/2010                 Date: 01/19/2010

Present: The Honorable Carolyn Turchin, U.S. Magistrate Judge

Court Clerk: Terry R. Baker / VM                                 Assistant U.S. Attorney: Anthony Lewis

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1.) JIRAIR AVANESSIAN, aka Jerry Avanessian, aka Jerry Avanes<br>　　CUSTODY-PRESENT | 1.) MARK J. GERAGOS<br>　　RETAINED | ARMENIAN | ZARREH MARTIN |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Substitution of attorney is approved and filed. Mark J. Geragos is substituted in place and stead of Levik Yarian.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Valerie Baker Fairbank.
It is ordered that the following date(s) and time(s) are set:
　　Jury Trial 03/09/2010 at 8:30 A.M.
　　Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Defense counsel Mark J. Geragos has until 01/20/2010 to obtain the signature of Levik Yarian on the request for substitution of counsel.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA Interpreter, USMLA