# GERAGOS & GERAGOS

A Professional Corporation
Lawyers
644 South Figueroa Street
Los Angeles, California 90017-3411

MARK J. GERAGOS     SBN 108325
Attorney for Defendant
JIRAIR AVANESSIAN

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **CR 09-1344(A) - VBF** |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION AND MOTION FOR RELEASE ON BOND PENDING TRIAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF |
| v. | ) | |
| | ) | |
| JIRAIR AVANESSIAN, | ) | Date: February 8, 2010 |
| | ) | Time: 2:30 p.m. |
| Defendant. | ) | Courtroom 9 |
| | ) | |
| | ) | *Honorable Valerie Baker Fairbank* |
| | ) | |

TO:   GEORGE S. CARDONA, ACTING UNITED STATES ATTORNEY; AND
      TO ROZELLA A. OLIVER and ANTHONY J. LEWIS, ASSISTANT
      UNITED STATES ATTORNEY:

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT JUDGE,
      VALERIE BAKER FAIRBANK:

      PLEASE TAKE NOTICE that on February 8, 2010 at 2:30 p.m., or as soon
thereafter as the matter may be heard in Courtroom 73 of the above-entitled Court,
the Honorable Valerie Baker Fairbank presiding, Defendant Jirair Avanessian

will move this Court, through his counsel, for release from custody on bond pending trial in this matter.

The motion is made on the following grounds: (1) the offenses charged are not serious enough to warrant detention without bail; (2) the prosecution case is weak; (3) Mr. Avanessian has no prior criminal history; (4) Mr. Avanessian has strong ties to the community; (5) Mr. Avanessian is a legal residence of the United States and has fully adopted this country as his own, thus, he is not a flight risk; and (6) Mr. Avanessian's release on bail will not compromise public safety.

This motion is based upon the attached Memorandum of Points and Authorities, the exhibits and the files and records of this case and upon such argument and evidence as may be presented at the hearing on this matter.

Date: February 2, 2010                     GERAGOS  &  GERAGOS, APC

                            By:        ___/s/_____
                                       MARK J. GERAGOS
                                       Attorneys for Defendant Jirair Avanessian

# MEMORANDUM OF POINTS & AUTHORITIES

## I.

## INTRODUCTION

Mr. Avanessian has been imprisoned for weeks without bail. The Government is still conducting investigation into this case as evidenced by the recent superseding indictment, which added several new charges against Mr. Avanessian. However, but for the Government's unsubstantiated allegations that the crimes charged somehow relate to "national security," there is absolutely no basis to deny Mr. Avanessian bail pending trial.

As the Bail Reform Act states, it should be a rare case for a defendant to be held without bail. In determining issues of pre-trial detention and release, 18 United States Code Section 3142(g) directs Courts to consider: (1) the nature and circumstances of the offense charged; (2) the weight of the evidence against the person; (3) the nature and seriousness of the danger to any person or to the community that would be posed by the person's release; and (4) the history and characteristics of the person including his family ties, employment record, community ties, history of drug or alcohol abuse, criminal history, and whether at the time of the offense or arrest he was on probation or parole. 18 U.S.C. § 3142(g). Here, as explained below, the balance of factors weigh strongly in favor of granting Mr. Avanessian bail pending trial

## II.

## ARGUMENT

**A.      This Is Not a Strong Case for the Prosecution.**

The offenses charged in the instant case, although serious as most federal prosecutions are by definition, are not serious enough to warrant detention without bail. The crimes charged in the superseding indictment do not involve any violence or actual injury to people. Rather, the superseding indictment merely alleges a

galimaufry of code sections in search of a prosecution theory.  In fact, as the
Government should know, the items Mr. Avanessian is charged with exporting are
found on eBay and on other Internet sites for sale every day.  The idea that the
items Mr. Avanessian was exporting somehow threaten national security would be
laughable if not for the fact that Mr. Avanessin sits languishing in a jail cell.  Even
someone without a great deal of expertise in vacuums and plastics can quickly
determine that the items involved have as much relation to a nuclear device as
cement does to a nuclear plant.

**B.      Mr. Avanessian Has No Prior Criminal History.**

Mr. Avanessian has no prior criminal history whatsoever.  In fact, as the
Government knows, Mr. Avanessian has always been a patriot in his adopted
homeland.  The defense would like to address the Court and counsel on this subject
in Court in closed session.

**C.      Mr. Avanessian Is Not a Flight Risk.**

Mr. Avanessian's Iranian ancestry should not be considered by the Court in
determining whether he is a flight risk.  Mr. Avanessian has been residing in the
United States for almost ten years. His wife, two adult children and an extended
family of over 20 cousins also live in the United States.  His wife works for the
County of Los Angeles and most tellingly, Mr. Avanessian has allowed his Iranian
passport to expire.

Mr. Avanessian's life and family are in the United States and have been for
the last decade.  Mr. Avanessian has no reason to flee the country especially in light
of the weak nature of the prosecution case against him and his documented history
of antagonism towards the current regime in power in Iran.  On the contrary, Mr.
Avanessian has retained counsel and is intent on fighting the charges filed against
him and clearing his name.

### D.   Mr. Avanessian Has Extensive Community Ties.

Mr. Avanessian's extensive ties to the community further demonstrate why he does not pose a flight risk, and instead, that he has a tremendous incentive to stay in the United States.  Mr. Avanessian moved to the United States in 2001 and has been living in California since then.  All of Mr. Avanessian's immediate family live here locally in Glendale and work in the County of Los Angeles.  The vast majority of Mr. Avanessian's extended family resides in California.  Mr. Avanessian has three brothers, all of whom live in the United States with their wives and children.  Besides his immediate family, Mr. Avanessian has three aunts, three uncles, and nineteen cousins who all live in the United States.

When all the factors are weighed, not only does it not make sense for Mr. Avanessian to flee but there is also nowhere for him to go.  Rather, Mr. Avanessian has tremendous incentive to remain in California and fight the charges against him. Mr. Avanessian's deep roots in the community, and the availability of substantial assets to secure a bond ensures beyond any doubt that he will remain here to fight these charges.  Specifically, Mr. Avanessian proposes to post at least three properties with a total of over one million dollars in equity to secure a bond for his release.[1]  Indeed, the bail schedule for murder in Los Angeles County is one million dollars and Mr. Avanessian stands prepared to post in excess of that for his release in this case where nobody is alleged to be hurt.

---

[1]  The defense proposes to secure the bond with three separate properties which will be provided to the Government for their approval.  In addition, as the Court may be aware, the Government has seized over $200,000 of assets in connection with the forfeiture that also adds further security to ensure the continued presence of Mr. Avanessian at any and all court appearances.

# III.

# CONCLUSION

As President Clinton said about Wen Ho Lee:  "What should be disturbing to the American people, we ought not to keep people in jail without bail unless there is some real profound reason."[2]  Here in the case at bench,  no profound reason exists, only a dumbfounded assertion.

Date: February 2, 2010                    GERAGOS  &  GERAGOS, APC


                              By:        _____/s/_____
                                         MARK J. GERAGOS
                                         Attorneys for Defendant Jirair Avanessian

---

[2]  President Bill Clinton, September 15, 2000, as reported in the Los Angeles and New York Times.