# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR  CR09-01344 |
| v. | | |
| JIRAIR AVANESSIAN aka Jerry Avanessian, aka Jerry Avanes | | **WARRANT FOR ARREST** |
| | Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **JIRAIR AVANESSIAN, aka Jerry Avanessian, aka Jerry Avanes**

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ■ Indictment ☐ Information ☐ Order of Court ☐ Probation Violation Petition ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Conspiracy;
International Emergency Economic Powers Act;
Smuggling Goods from the United States;
Conspiracy to Launder Money;
Money Laundering;
Aiding and Abetting and Causing an Act to be Done

in violation of Title **18:** United States Code,
Section(s) **371:554:1956(h), (a)(2)(A): 1956(a)(2)(A):2(a), (b):**
Title **50:** United States Code,
Sections **1701-1706; 31 C.F.R. §§ 560.203, 560.204, 560.701**

| Terry Nafisi | December 30, 2009   LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: PAUL L. ABRAMS |
| *[signature]* | NAME OF JUDICIAL OFFICER |
| SIGNATURE OF DEPUTY CLERK | |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

WARRANT FOR ARREST
CR-12 (07/04)   PAGE 1 OF 2

ARRESTED WITHIN THE C/CA
BY: FBI
ON: 1/11/10
SIGNED: E. Neal