FOREX TRADING | EXCHANGE RATES | MONEY TRANSFER | CURRENCY HEDGING | ABOUT US   Search OANDA

My Account   Register   Help

**Currency Converter**   Currency Tools   Data Services   Web Tools   Mobile

Home   Currency Tools   Currency Converter

# Currency Converter

**Currency I Have:** Iranian Rial  IRR
AMOUNT: 180,000

**Currency I Want:** US Dollar  USD
AMOUNT: 17.8170

HIDE DETAILS   DATE: (MM/DD/YYYY) 03/02/2010   RATE: Interbank rate

English

TRY ALSO...
Customized Currency Converter Widget
iPhone Converter
Blackberry Converter
Money Transfers
Exchange Rate Feeds

## Market Rates
IRR/USD for the 24-hour period ending
Monday, March 1, 2010 22 00 UTC

|  | Bid (Sell 1 IRR) | Ask (Buy 1 IRR) |
|---|---|---|
| MIN | 0.00010 | 0.00010 |
| AVG | 0.00010 | 0.00010 |
| MAX | 0.00010 | 0.00010 |

These values represent the daily average of the Bid and Ask rates OANDA receives from many data sources.

## Recent Trends
IRR/USD average daily bid prices



Feb 24, 2010: 0.0001

○ 30 days   ○ 60 days   ○ 90 days

HELP
PRINT
TRAVELER'S CHEAT SHEET

Ads by Google

**Invest in Gold: Learn How**
Gold Delivered to Your Door. Free Investor Kit. Since 1960.
Goldline.com

**Falling Dollar Warning**
The dollar may down for the count.. permanently Free report on why
MoneyMorning.com/Fal

**Exchange Rate History**
Search multiple engines for exchange rate history
www.webcrawler.com

**Exposure to Mexico's Peso**
& Other Emerging Market Currencies for the 1st time in one ETF-See How
www.WisdomTree.com



## IRR/USD Details
IRR/USD for the 24-hour period ending Monday March 1 2010 22 00 UTC @ Interbank rate

Selling 180,000 IRR    you get 17.8170 USD
Buying 180,000 IRR     you pay 18.4946 USD

Selling 17.8170 USD    you get 173,405 IRR
Buying 17.8170 USD     you pay 180,000 IRR

## Currency Converter

FXConverter is a multilingual currency converter for over 164 currencies and 3 metals. It uses daily OANDA Rates®, the touchstone foreign exchange rates used by corporations, tax authorities, auditing firms, and financial institutions. These filtered rates are based on information supplied by leading market data contributors.

Note: The Interbank rate shown by this tool is seldom available to the general public. To avoid disappointment, choose a percentage add-on from the rate list to approximate the actual rate charged by your financial institution.

### DID YOU KNOW YOU CAN?
- Type in currency symbols, names or countries to select your currency.
- See currencies which are now obsolete. They are marked by an asterisk (*).
- View the historic rate for any currency back to January, 1990.

Looking for the old FXConverter?