GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600

MARK J. GERAGOS    SBN 108325
Attorney for Defendant
JIRAIR AVANESSIAN

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-1344(A) - VBF |
| Plaintiff, | DECLARATION OF JASSMEN TALIDEH IN SUPPORT OF MR. AVANESSIAN'S MOTION AND RENEWED MOTION FOR PRETRIAL RELEASE |
| vs. | |
| JIRAIR AVANESSIAN, *et al.*, | Date: May 6, 2010 |
| Defendants. | Time: 2:00 p.m. Courtroom 9 |
| | *Honorable Valerie Baker Fairbank* |

Case 2:09-cr-01344-VBF   Document 58   Filed 05/05/10   Page 2 of 3

## DECLARATION OF JASSMEN TALIDEH

I, Jassmen Talideh, declare and state as follows:

1. I am married to Jirair Avanessian, the defendant in the matter pending in the United States District Court, Central District of California, Case Number CR 09-1344(A) - VBF. I have been employed by the County of Los Angeles since 2002 and am currently working as a Legal Office Support Assistant. I have personal knowledge of the facts declared herein and could and would so testify if called to do so.

2. The accounts for telephone service for the number (818) 548-8279 are in my name with AT&T and UCN. I have reviewed the telephone records from both providers for the time period between April 2009, when a search warrant was executed at my husband's business and our home, and January 2010, the month my husband was arrested and taken into custody. I have identified a total of 63 calls to Iran during this time period (46 through UCN and 17 through AT&T).

3. There are a total of 51 calls to the number (9821) 228-57606, which is a personal friend of mine. There is a heavy call volume to this number (41 calls) in late July 2009. My friend's husband was killed in a plane crash on a flight from Iran to Armenia on July 15, 2009. I had numerous phone conversations with the family in the ensuing weeks and in fact, went to visit the family of the deceased in Armenia in September 2009.

4. Of the remaining 12 calls, 4 of the calls are to the number (9821) 225-33221 and 2 of the calls are to the number (989121) 723-735, which are calls I made to my niece and nephew. There are 5 calls to the number (9821) 888-44544, which are calls I made to a family friend, and 1 call to the number (98441) 222-3672, which is a call I made to my aunt. There is one 3-minute phone call which was made on June 11, 2009 to a number which I cannot currently recall.

5. I am the sole owner of real property (our residence) located at 1156 Winchester Avenue, Glendale, CA 91201 [APN 5623-012-021] which has completely been paid off and has an estimated value of $750,000.00. There is currently a $250,000 credit line on the property of which only $65,000 has been

2

2

used. *See* Exhibit A.  I am willing to post this property as security for my husband's appearance.

6. My son Armen Avanessian is the sole owner of a condominium located at 8601 Sunland Boulevard Unit #3, Los Angeles, CA 91352 [APN 2408-012-055] which has an estimated sales price of $230,000.00 less a $160,000.00 loan leaving about $60,000.00 in equity.  *See* Exhibit B.  My son has informed me that he is willing to post this property as security for my husband's appearance.

7. My husband's brother, Jano Avanessian, and his wife, Rene Avanessian, co-own certain commercial property located at 2503 North Ontario Street in Burbank, CA 91504 [APN 2466-009-034] which has completely been paid off and has an estimated value of $1,200,000.00.  *See* Exhibit C.  They have informed me that they are willing to post this property as security for my husband's appearance.

8. Jano and his wife also own a 3-unit residential property located at 615 and 617 East Tujunga Avenue in Burbank, CA 91501 [APN 2455-015-056] which has completely been paid off and has an estimated value of $985,356.00 [assessed value of $492,678.00 plus land value of $93,797.00 plus improvement value of $398,881], although Jano and his wife have been recently told that the market price for the property is actually $1,500,000.00.  *See* Exhibit D.  They are also willing to post this property as security for my husband's appearance.

9. To the best of my knowledge, the combined equity for the four properties is between $2,745,356 and $3,260,000.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this fifth day of May, 2010 in the County of Los Angeles, State of California.


/s/
_____
JASSMEN TALIDEH