

# PROPERTY PROFILE

## Property Information

| | |
|---|---|
| **Primary Owner :** | TALIDEH, JASSMEN |
| **Secondary Owner :** | N/A |
| **Site Address :** | 1156 WINCHESTER AVE |
| | GLENDALE, CA 91201-4961 |
| **Mailing Address :** | 1156 WINCHESTER AVE |
| | GLENDALE, CA 91201 |
| **Assessor Parcel Number :** | 5623-012-021 |
| **Phone :** | N/A |
| **Census Tract :** | 3015.02 |
| **Housing Tract Number :** | 5645 |
| **Lot Number :** | 42 |
| **Page Grid :** | 564-A1 |
| **Legal Description :** | Lot: 42    ; Tract No: 5645    ; Abbreviated Description: LOT:42 CITY:REGION/CLUSTER: 03/03414 TR#:5645      TRACT NO 5645 LOT 42 ; City/Muni/Twp: REGION/CLUSTER: 03/03414 IMP1=1 UNIT,1100SF,YB:1925,02BD/01BA;IMP2=3PLX,2 UNITS,1076SF,YB:1952,02BD/02BA. |

## Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| **Bedrooms :** | 4 | **Year Built :** | 1925 | **Square Feet :** | 2176 |
| **Bathrooms :** | 3.0 | **Garage :** | N/A | **Lot size :** | 8050 SF |
| **Partial Bath :** | 0 | **Fireplace :** | N/A | **Number of Units :** | 3 |
| **Total Rooms :** | 0 | **Pool/Spa :** | N | **Use Code :** | Triplex (3 units, any combination) |
| **Zoning :** | GLR4YY | | | | |

## Sale/Loan Information

| | | | |
|---|---|---|---|
| **Transfer Date :** | 10/22/2009 | **Document # :** | 09-1601154 |
| **Transfer Value :** | N/A | **Cost/Sq Feet :** | N/A |
| **First Loan Amt :** | N/A | **Lender :** | |

## Assessment/Tax Information

| | | | |
|---|---|---|---|
| **Assessed Value :** | $435,924 | **Tax Amount :** | $4,803.11 |
| **Land Value :** | $283,352 | **Tax Status :** | Current |
| **Improvement Value :** | $152,572 | **Tax Rate Area :** | 4-045 |
| **Percent Improvement :** | 34 % | **Homeowner Exemption :** | Y |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/08/2010 12:02:11 PM                                                    Customer Service Rep:  Test Name



## SALES COMPARABLES MAP

### 1156 WINCHESTER AVE
### GLENDALE, CA 91201-4961



1. 1034 San Rafael Ave, Glendale    08/27/2009    $765,000
2. 1806 W Alameda Ave, Burbank    10/23/2009    $710,000
3. 1810 W Alameda Ave, Burbank    10/23/2009    $710,000

Data Deemed Reliable, But Not Guaranteed.

Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.

02/08/2010 12:02:36 PM                                    Customer Service Rep:  Test Name



# SALES COMPARABLES

## Criteria Selected:

Searched by Radius: 2.5 miles
Minimum Area: 1,800 SqFt.                    Maximum Area: 2,500 SqFt.
Maximum  Bedrooms: 4                          Minimum Bedrooms: 4
Pool: All
Land Use: Same as Subject
Date Range: 02/13/2009 to 02/08/2010

## Area Sales Analysis

|                      | Low       | Median    | High      |
|----------------------|-----------|-----------|-----------|
| Bedrooms:            | 4         | 4         | 4         |
| Baths:               | 3         | 3         | 3         |
| Lot Size:            | 6,499     | 6,499     | 8,599     |
| Living Area (SqFt):  | 1,852     | 2,167     | 2,388     |
| Sale Price:          | $710,000  | $710,000  | $765,000  |
| Year Built:          | 1939      | 1939      | 1953      |
| Age:                 | 57        | 71        | 71        |

## Subject Property

| Sale Date: | 10/22/2009 | Year Built:   | 1925  | Price: | N/A | Pool:    | N/A |
|------------|------------|---------------|-------|--------|-----|----------|-----|
| Lot Size:  | 8,050 SF   | Square Feet:  | 2,176 | $/SF:  | N/A | BR/Bth:  | 4/3 |

## Comparable Sales Data

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|------|--------|------------|----------|------|
| 1 | 1034 SAN RAFAEL AVE GLENDALE, CA 91202 | 08/27/2009 | $765,000 | $0 | $413 | 1,852 | 4/3 | 1953 | 8,599 SF | N/A |

Owner: GHOUKASIAN, ROBERT; SHAHBAZIAN,          Seller:        JONES, BETTY ANN
APN: 5636-007-009                                                Document #: 09-1317346
Legal: Lot:45 Subdivision:CASA VERDUGO VILLA TRACT Map Ref:MB9 PG110City/Muni/Twp:GLENDALE
Land Use: Triplex (3 units, any combination)          Located approximately 1.69 miles from subject property.

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|------|--------|------------|----------|------|
| 2 | 1806 W ALAMEDA AVE BURBANK, CA 91506 | 10/23/2009 | $710,000 | $510,000 | $327 | 2,167 | 4/3 | 1939 | 6,499 SF | N/A |

Owner: ECHEVERRY, ERIC; ECHEVERRY,              Seller:        BISCEGLIA, ROBERT MICHAEL; ESTATE OF
APN: 2443-017-003                                                Document #: 09-1606421
Legal: Lot:6&7 Tract No:11278 Map Ref:MB212 PG3&4City/Muni/Twp:BURBANK
Land Use: Triplex (3 units, any combination)          Located approximately 2.12 miles from subject property.

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|------|--------|------------|----------|------|
| 3 | 1810 W ALAMEDA AVE BURBANK, CA 91506 | 10/23/2009 | $710,000 | $510,000 | $297 | 2,388 | 4/3 | 1939 | 6,499 SF | N/A |

Owner: ECHEVERRY, ERIC; ECHEVERRY, KATIE        Seller:        BISCEGLIA, ROBERT MICHAEL; ESTATE OF
APN: 2443-017-002                                                Document #: 09-1606541
Legal: Lot:4&5 Tract No:11278 Map Ref:MB212 PG3&4City/Muni/Twp:BURBANK
Land Use: Triplex (3 units, any combination)          Located approximately 2.12 miles from subject property.

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
Customer Service Rep:  Test Name

# NEARBY PROPERTY OWNERS

### MATTHEWS, MARIE D TR
**1160 WINCHESTER AVE**
**GLENDALE, CA 91201**

| | | | |
|---|---|---|---|
| **APN:** 5623-012-020 | | **Bedrooms:** | 4 |
| **Telephone:** | | **Bathrooms:** | 3 |
| **Square Feet:** 2,009 | | **Lot size:** | 8,050 |
| **Year Built:** 1924 | | **Garage:** | |
| **Sale Date:** 03/26/2008 | | | |
| **Land Use:** Triplex (3 units, any combination) | | | |

### CHAVEZ, ANTONIO AND DEBORAH
**1172 WINCHESTER AVE**
**GLENDALE, CA 91201**

| | | | |
|---|---|---|---|
| **APN:** 5623-012-017 | | **Bedrooms:** | 5 |
| **Telephone:** | | **Bathrooms:** | 3 |
| **Square Feet:** 2,156 | | **Lot size:** | 8,050 |
| **Year Built:** 1923 | | **Garage:** | |
| **Sale Date:** 08/18/2008 | | | |
| **Land Use:** Triplex (3 units, any combination) | | | |

### SINANIAN, HARUTIUN TR
**1149 WINCHESTER AVE**
**GLENDALE, CA 91201**

| | | | |
|---|---|---|---|
| **APN:** 5623-015-009 | | **Bedrooms:** | 4 |
| **Telephone:** | | **Bathrooms:** | 3 |
| **Square Feet:** 1,850 | | **Lot size:** | 7,392 |
| **Year Built:** 1940 | | **Garage:** | |
| **Sale Date:** 09/11/2008 | | | |
| **Land Use:** Triplex (3 units, any combination) | | | |

### SHAHENIAN, VARTAN AND DIANE Y
**1153 WINCHESTER AVE**
**GLENDALE, CA 91201**

| | | | |
|---|---|---|---|
| **APN:** 5623-015-008 | | **Bedrooms:** | 3 |
| **Telephone:** | | **Bathrooms:** | 4 |
| **Square Feet:** 3,404 | | **Lot size:** | 7,392 |
| **Year Built:** 1969 | | **Garage:** | |
| **Sale Date:** 06/01/1988 | | | |
| **Land Use:** Triplex (3 units, any combination) | | | |

### KHUDAVERDYAN, ZHENYA
**1147 WINCHESTER AVE**
**GLENDALE, CA 91201**

| | | | |
|---|---|---|---|
| **APN:** 5623-015-010 | | **Bedrooms:** | 4 |
| **Telephone:** | | **Bathrooms:** | 3 |
| **Square Feet:** 2,352 | | **Lot size:** | 7,392 |
| **Year Built:** 1941 | | **Garage:** | |
| **Sale Date:** 03/09/2001 | | | |
| **Land Use:** Triplex (3 units, any combination) | | | |

### AHLERS, HENRY W AND JOAN L TRS
**1132 WINCHESTER AVE**
**GLENDALE, CA 91201**

| | | | |
|---|---|---|---|
| **APN:** 5623-013-018 | | **Bedrooms:** | 6 |
| **Telephone:** | | **Bathrooms:** | 3 |
| **Square Feet:** 2,878 | | **Lot size:** | 8,442 |
| **Year Built:** 1923 | | **Garage:** | |
| **Sale Date:** 02/23/2005 | | | |
| **Land Use:** Triplex (3 units, any combination) | | | |

### BAKER, CHERYL
**1135 WINCHESTER AVE**
**GLENDALE, CA 91201**

| | | | |
|---|---|---|---|
| **APN:** 5623-014-001 | | **Bedrooms:** | 5 |
| **Telephone:** | | **Bathrooms:** | 3 |
| **Square Feet:** 2,390 | | **Lot size:** | 8,211 |
| **Year Built:** 1930 | | **Garage:** | |
| **Sale Date:** 02/09/2000 | | | |
| **Land Use:** Triplex (3 units, any combination) | | | |

### VARTANIAN, MARK V
**1122 WINCHESTER AVE**
**GLENDALE, CA 91201**

| | | | |
|---|---|---|---|
| **APN:** 5623-013-021 | | **Bedrooms:** | 5 |
| **Telephone:** | | **Bathrooms:** | 4 |
| **Square Feet:** 2,600 | | **Lot size:** | 8,050 |
| **Year Built:** 1924 | | **Garage:** | |
| **Sale Date:** 05/11/2004 | | | |
| **Land Use:** Triplex (3 units, any combination) | | | |

### RSHTOUNI, GAGIK AND GASPARIAN, ELIZAVETA
**1168 JUSTIN AVE**
**GLENDALE, CA 91201**

| | | | |
|---|---|---|---|
| **APN:** 5623-011-021 | | **Bedrooms:** | 6 |
| **Telephone:** 818-244-8189 | | **Bathrooms:** | 4 |
| **Square Feet:** 2,865 | | **Lot size:** | 9,078 |
| **Year Built:** 1926 | | **Garage:** | |
| **Sale Date:** 09/03/1998 | | | |
| **Land Use:** Triplex (3 units, any combination) | | | |

### HAIRAPATIAN, RAZMIK AND SUSANA M
**1125 WINCHESTER AVE**
**GLENDALE, CA 91201**

| | | | |
|---|---|---|---|
| **APN:** 5623-014-004 | | **Bedrooms:** | 4 |
| **Telephone:** | | **Bathrooms:** | 3 |
| **Square Feet:** 2,414 | | **Lot size:** | 7,392 |
| **Year Built:** 1936 | | **Garage:** | |
| **Sale Date:** 04/10/2003 | | | |
| **Land Use:** Triplex (3 units, any combination) | | | |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/08/2010 12:02:46 PM                                                                     Customer Service Rep:  Test Name



**FLOOD REPORT**

**1156 WINCHESTER AVE**
**GLENDALE, CA 91201-4961**

## Flood Report

The Subject Property of   **1156 WINCHESTER AVE**  is in       **D**      and is considered to be
**AN AREA OF UNDETERMINED BUT POSSIBLE FLOOD HAZARDS.**
of the Special Flood Hazard Area (SFHA).

## About Flood Report

The flood information contained in this report was obtained from maps provided by the Federal Emergency Management Agency (FEMA).  Whenever possible we will report if the subject property is inside or outside of a 100 year Flood Hazard Area.  These areas are defined as areas that have a one percent (1%) chance in any given year of being affected by a significant flood.

If a determination indicates that a property is located inside a special flood hazard area as described above, then a lender making a loan on the property must require the borrower purchasing the property to acquire flood insurance on the structure.

The flood information contained in this report is merely a preliminary review intended to provide the buyer, seller or agent guidance and general proximity of the subject property in relation to the 100 years flood hazard area. The buyer should obtain exact specific information from the seller or agent prior to finalizing his decision regarding the purchase of a given property.

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/08/2010 12:02:52 PM                                                                                    Customer Service Rep:  Test Name





**1156 WINCHESTER AVE**
**GLENDALE, CA 91201-4961**

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/08/2010 12:02:59 PM                                                                    Customer Service Rep:  Test Name



Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
2/8/2010                                                                                                    Customer Service Rep:        Test Name



Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.

2/8/2010

Customer Service Rep:        Test Name