

# PROPERTY PROFILE

## Property Information

| | |
|---|---|
| Primary Owner : | AVANESSIAN, ARMEN H |
| Secondary Owner : | N/A |
| Site Address : | 8601 SUNLAND BLVD UNIT 3 |
| | SUN VALLEY, CA 91352-5401 |
| Mailing Address : | 8601 SUNLAND BLVD |
| | SUN VALLEY, CA 91352 |
| Assessor Parcel Number : | 2408-012-055 |
| Phone : | N/A |
| Census Tract : | 1211.00 |
| Housing Tract Number : | 38115 |
| Lot Number : | 1 |
| Page Grid : | 533-1A |
| Legal Description : | Lot: 1    ; Tract No: 38115    ; Abbreviated Description: LOT:1 CITY:REGION/CLUSTER: 03/03499 TR#:38115    *TR=38115 LOT 1 CONDOMINIUM*UNIT 3 ; City/Muni/Twp: REGION/CLUSTER: 03/03499 |

## Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Bedrooms : | 3 | Year Built : | 1983 | Square Feet : | 1208 |
| Bathrooms : | 2.0 | Garage : | N/A | Lot size : | N/A |
| Partial Bath : | 0 | Fireplace : | N/A | Number of Units : | 1 |
| Total Rooms : | 0 | Pool/Spa : | P | Use Code : | Condominium (Residential) |
| Zoning : | LAR3 | | | | |

## Sale/Loan Information

| | | | |
|---|---|---|---|
| Transfer Date : | 07/30/2008 | Document # : | 08-1360566 |
| Transfer Value : | $230,000 | Cost/Sq Feet : | $ 190 |
| First Loan Amt : | $172,500 | Lender : | COUNTRYWIDE BANK FSB |

## Assessment/Tax Information

| | | | |
|---|---|---|---|
| Assessed Value : | $230,000 | Tax Amount : | $2,949.49 |
| Land Value : | $118,200 | Tax Status : | Current |
| Improvement Value : | $111,800 | Tax Rate Area : | 0-013 |
| Percent Improvement : | 48 % | Homeowner Exemption : | N |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/10/2010 09:25:57 AM                                                                                                           Customer Service Rep:  Josh Hernandez

# SUBJECT PROPERTY HISTORY

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 07/30/2008 | Document #: | 08-1360566 |
| Price: | $230,000 | Document Type: | Grant Deed |
| First TD: | $172,500 | Type of Sale: | Full-Computed from Transfer Tax |
| Lender Name: | COUNTRYWIDE BANK FSB | | |
| Buyer Name: | AVANESSIAN, ARMEN H | | |
| Buyer Vesting: | | | |
| Sell Name: | BANK OF NEW YORK, ; CWALT INC ALTERNATIVE LOAN TRUST 2006-OC, | | |
| Legal: | LOT:1 UNIT:3 CITY:LOS ANGELES SUBD:SUNNY VILLE TOWNHOMES TR#:38115 MAP REF:MB995 PG11&12 | | |
| City/Muni/Twp: | SUN VALLEY | | |

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 01/29/2008 | Document #: | 08-0172318 |
| Price: | $276,148 | Document Type: | Trustee's Deed |
| First TD: | | Type of Sale: | 2 |
| Lender Name: | | | |
| Buyer Name: | BANK OF NEW YORK, ; CWALT INC ALTERNATIVE LOAN TRUST 2006-OC, | | |
| Buyer Vesting: | | | |
| Sell Name: | MEDRANO, MARIO | | |
| Legal: | LOT:1 UNIT:3 CITY:LOS ANGELES TR#:38115 MAP REF:MB995 PG11&12 | | |
| City/Muni/Twp: | SIMI VALLEY | | |

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 07/27/2007 | Document #: | 07-1774358 |
| Price: | | Document Type: | Grant Deed |
| First TD: | | Type of Sale: | Price as "0", "None", "No |
| Lender Name: | | | |
| Buyer Name: | SIBRIAN, ROSALUZ | | |
| Buyer Vesting: | Married Woman as her sole | | |
| Sell Name: | MEDRANO, MARIO | | |
| Legal: | LOT:1 UNIT:3 CITY:LOS ANGELES TR#:38115 MAP REF:MB995 PG11&12 | | |
| City/Muni/Twp: | LAKE VIEW TERRACE | | |

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 10/11/2005 | Document #: | 05-2441428 |
| Price: | | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | $259,200 | Type of Sale: | Non-Arms Length Transfer |
| Lender Name: | DECISION ONE MORTGAGE COMPANY | | |
| Buyer Name: | MEDRANO, MARIO | | |
| Buyer Vesting: | Married Man as his sole and | | |
| Sell Name: | MEDRANO, REINA | | |
| Legal: | LOT:1 UNIT:3 CITY:LOS ANGELES SUBD:SUNNY VIEW TOWNHOMES TR#:38115 MAP REF:MB995 PG11&12 | | |
| City/Muni/Twp: | SUN VALLEY | | |

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 04/02/2002 | Document #: | 02-0770630 |
| Price: | | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | $118,951 | Type of Sale: | Non-Arms Length Transfer |
| Lender Name: | COUNTRYWIDE HOME LOANS INC | | |
| Buyer Name: | MEDRANO, MARIO; MEDRANO, REINA | | |
| Buyer Vesting: | Joint Tenancy | | |
| Sell Name: | MEDRANO, MARIO; MEDRANO, REINA | | |
| Legal: | LOT:1 UNIT:3 CITY:LOS ANGELES SUBD:SUNNYVIEW TOWNHOMES TR#:38115 MAP REF:MB995 PG11&12 | | |
| City/Muni/Twp: | SUN VALLEY | | |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/10/2010 09:25:58 AM                                                                                                  Customer Service Rep:  Josh Hernandez

### Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 10/31/2000 | Document #: | 00-1708689 |
| Price: | $120,000 | Document Type: | Grant Deed |
| First TD: | $116,303 | Type of Sale: | Price Unconfirmed |
| Lender Name: | DBA NEW AMERICA FINANCIAL | | |
| Buyer Name: | MEDRANO, MARIO; MEDRANO, REINA | | |
| Buyer Vesting: | Joint Tenancy | | |
| Sell Name: | , ZARATE, MARTHA I | | |
| Legal: | CITY:LOS ANGELES SUBD:SUNNY VIEW TOWNHOMES *TR=38115 LOT 1 CONDOMINIUM*UNIT 3 | | |
| City/Muni/Twp: | SUN VALLEY | | |

### Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 04/12/1999 | Document #: | 99-0623891 |
| Price: | | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | $70,000 | Type of Sale: | |
| Lender Name: | HEADLANDS MTG COMPANY | | |
| Buyer Name: | ZARATE, MARTHA I | | |
| Buyer Vesting: | Married Woman as her sole | | |
| Sell Name: | ZARATE, ROBERT | | |
| Legal: | CITY:LOS ANGELES SUBD:SUNNYVIEW TOWNHOMES *TR=38115 LOT 1 CONDOMINIUM*UNIT 3 | | |
| City/Muni/Twp: | SUN VALLEY | | |

### Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 06/22/1998 | Document #: | 98-1050294 |
| Price: | | Document Type: | Gift Deed |
| First TD: | | Type of Sale: | |
| Lender Name: | | | |
| Buyer Name: | ZARATE, MARTHA I | | |
| Buyer Vesting: | Married Woman as her sole | | |
| Sell Name: | MARTINEZ, SALVADOR A; ANGUIANO, MARISOL | | |
| Legal: | CITY:LOS ANGELES *TR=38115 LOT 1 CONDOMINIUM*UNIT 3 | | |
| City/Muni/Twp: | SUN VALLEY | | |

### Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 10/31/1996 | Document #: | 96-1775338 |
| Price: | $68,000 | Document Type: | Grant Deed |
| First TD: | $66,600 | Type of Sale: | 0 |
| Lender Name: | AMERICAN CITY MTG | | |
| Buyer Name: | MARTINEZ, SALVADOR A; ANGUIANO, MARISOL | | |
| Buyer Vesting: | Joint Tenancy | | |
| Sell Name: | FEDERAL HOME LOAN MTG CORP, | | |
| Legal: | CITY:LOS ANGELES SUBD:SUNNYVIEW TOWNHOME/SUN VALLEY ARE *TR=38115 LOT 1 CONDOMINIUM*UNIT 3 | | |
| City/Muni/Twp: | SUN VALLEY | | |

### Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 07/01/1996 | Document #: | 96-1037977 |
| Price: | $67,000 | Document Type: | Trustee's Deed |
| First TD: | | Type of Sale: | 2 |
| Lender Name: | | | |
| Buyer Name: | FEDERAL HOME LOAN MTG CORP, | | |
| Buyer Vesting: | | | |
| Sell Name: | NEMKEREKYAN, OGANES; NEMKEREKYAN, BEGRUI | | |
| Legal: | LOT:1 UNIT:3 CITY:LOS ANGELES TR#:38115 MAP REF:MB995 PG11&12 | | |
| City/Muni/Twp: | MILWAUKEE | | |

### Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 03/21/1994 | Document #: | 94-0549014 |
| Price: | | Document Type: | Grant Deed |

|  |  |
|---|---|
| First TD: | Type of Sale: |
| Lender Name: | |
| Buyer Name: | NEMKEREKYAN, MARIAM |
| Buyer Vesting: | |
| Sell Name: | NEMKEREKYAN, BEGRUI; NEMKEREKYAN, OGANES |
| Legal: | LOT:1 UNIT:3 CITY:LOS ANGELES TR#:38115 MAP REF:MAP995 PG11&12 |
| City/Muni/Twp: | BURBANK |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/10/2010 09:25:58 AM                                                                                                  Customer Service Rep:  Josh Hernandez



# SALES COMPARABLES MAP

**8601 SUNLAND BLVD UNIT 3**
**SUN VALLEY, CA 91352-5401**



| # | Address | Date | Price |
|---|---------|------|-------|
| 1. | 8641 Glenoaks Blvd # 134 | 06/04/2009 | $130,000 |
| 2. | 7904 Laurel Canyon Blvd # 3 | 02/27/2009 | $85,000 |
| 3. | 7904 Laurel Canyon Blvd # 8 | 11/20/2009 | $100,000 |
| 4. | 11005 Kittridge St # 108 | 09/25/2009 | $85,000 |
| 5. | 11025 Kittridge St # 134 | 10/01/2009 | $80,000 |
| 6. | 11015 Kittridge St # 114 | 04/29/2009 | $80,000 |
| 7. | 6861 Hinds Ave # 2 | 01/08/2010 | $80,000 |
| 8. | 4000 W Victory Blvd # 201 | 11/30/2009 | $194,500 |
| 9. | 12368 Osborne St # 7 | 01/14/2010 | $245,000 |
| 10. | 12368 Osborne St | 02/01/2010 | $250,000 |
| 11. | 12385 Osborne St | 01/22/2010 | $277,000 |
| 12. | 12287 Osborne St # 4 | 06/12/2009 | $55,000 |
| 13. | 11350 Foothill Blvd # 32 | 12/01/2009 | $85,000 |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/10/2010 09:25:59 AM                                    Customer Service Rep:  Josh Hernandez



# SALES COMPARABLES

## Criteria Selected:

Searched by Radius: 3.5 miles
Maximum Area: 0 SqFt.
Pool: All
Land Use: Same as Subject
Date Range: 02/15/2009 to 02/10/2010

## Area Sales Analysis

|  | Low | Median | High |
|---|---|---|---|
| Bedrooms: | 0 | 1 | 1 |
| Baths: | 0 | 1 | 1 |
| Lot Size: | 0 | 0 | 0 |
| Living Area (SqFt): | 0 | 696 | 792 |
| Sale Price: | $55,000 | $85,000 | $277,000 |
| Year Built: | 1963 | 1971 | 1989 |
| Age: | 21 | 38 | 47 |

## Subject Property

| Sale Date: | 07/30/2008 | Year Built: | 1983 | Price: | $230,000 | Pool: | P |
|---|---|---|---|---|---|---|---|
| Lot Size: | N/A | Square Feet: | 1,208 | $/SF: | $190 | BR/Bth: | 3/2 |

## Comparable Sales Data

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8641 GLENOAKS BLVD # 134 SUN VALLEY, CA 91352 | 06/04/2009 | $130,000 | $103,200 | $230 | 565 | 1/1 | 1980 | 0 SF | P |

| | | |
|---|---|---|
| Owner: | BARONI, ARIN | Seller: US BANK NATIONAL ASSOCIATION, |
| APN: | 2404-026-042 | Document #: 09-0834046 |
| Legal: | Lot:1 Tract No:36127 Legal Unit:134 Map Ref:MB933 PG16&17City/Muni/Twp:LOS ANGELES | |
| Land Use: | Condominium (Residential) | Located approximately 0.16 miles from subject property. |

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 7904 LAUREL CANYON BLVD # NORTH HOLLYWOOD, CA | 02/27/2009 | $85,000 | $0 | $107 | 792 | 1/1 | 1973 | 0 SF | N/A |

| | | |
|---|---|---|
| Owner: | BARSEGYAN, YERANUI | Seller: WELLS FARGO BANK NATIONAL |
| APN: | 2310-016-020 | Document #: 09-0276788 |
| Legal: | Lot:1 Tract No:31746 Legal Unit:3 Map Ref:MB833 PG77City/Muni/Twp:LOS ANGELES | |
| Land Use: | Condominium (Residential) | Located approximately 1.85 miles from subject property. |

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 7904 LAUREL CANYON BLVD # NORTH HOLLYWOOD, CA | 11/20/2009 | $100,000 | $0 | $126 | 792 | 1/1 | 1973 | 0 SF | N/A |

| | | |
|---|---|---|
| Owner: | BARDINET, ALBERT | Seller: VIRTUALBANK, |
| APN: | 2310-016-025 | Document #: 09-1758154 |
| Legal: | Lot:1 Tract No:31746 Legal Unit:8 Map Ref:MB833 PG77City/Muni/Twp:LOS ANGELES | |
| Land Use: | Condominium (Residential) | Located approximately 1.85 miles from subject property. |

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 11005 KITTRIDGE ST # 108 NORTH HOLLYWOOD, CA | 09/25/2009 | $85,000 | $83,460 | $122 | 696 | 1/1 | 1970 | 0 SF | N/A |

| | | |
|---|---|---|
| Owner: | GUTIERREZ, JOSE R | Seller: FEDERAL NATIONAL MORTGAGE |
| APN: | 2319-019-031 | Document #: 09-1458246 |
| Legal: | Lot:1 Subdivision:VILLA CASITAS Tract No:29759 Legal Unit:108 Map Ref:MB799 | |
| Land Use: | Condominium (Residential) | Located approximately 2.45 miles from subject property. |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
Customer Service Rep:  Josh Hernandez

## Comparable Sales Data

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 11025 KITTRIDGE ST # 134<br>NORTH HOLLYWOOD, CA | 10/01/2009 | $80,000 | $64,000 | $114 | 696 | 1/1 | 1970 | 0 SF | N/A |
| | Owner: SACHANI, EMAAD<br>APN: 2319-019-057<br>Legal: Lot:1 Subdivision:VILLA CASITAS Tract No:29759 Legal Unit:134 Map Ref:MB799<br>Land Use: Condominium (Residential) | | | Seller: DEUTSCHE BANK NATIONAL TRUST<br>Document #: 09-1489887<br><br>Located approximately 2.45 miles from subject property. | | | | | | |
| 6 | 11015 KITTRIDGE ST # 114<br>NORTH HOLLYWOOD, CA | 04/29/2009 | $80,000 | $0 | $108 | 738 | 1/1 | 1970 | 0 SF | N/A |
| | Owner: A & M PROPERTY ACQUISITION COMPANY<br>APN: 2319-019-037<br>Legal: Lot:1 Tract No:29759 Legal Unit:114 Map Ref:MB799 PG34&35City/Muni/Twp:LOS ANGELES<br>Land Use: Condominium (Residential) | | | Seller: DEUTSCHE BANK NATIONAL TRUST<br>Document #: 09-0622261<br><br>Located approximately 2.45 miles from subject property. | | | | | | |
| 7 | 6861 HINDS AVE # 2<br>NORTH HOLLYWOOD, CA | 01/08/2010 | $80,000 | $0 | $101 | 791 | 1/1 | 1967 | 0 SF | N/A |
| | Owner: KUPCHIAN, OVSANNA<br>APN: 2321-021-017<br>Legal: Lot:1 Tract No:24529 Legal Unit:2 Map Ref:MB751 PG91&92City/Muni/Twp:LOS ANGELES<br>Land Use: Condominium (Residential) | | | Seller: WELLS FARGO BANK NA,<br>Document #: 10-0029800<br><br>Located approximately 2.51 miles from subject property. | | | | | | |
| 8 | 4000 W VICTORY BLVD # 201<br>BURBANK, CA 91505 | 11/30/2009 | $194,500 | $0 | $275 | 707 | 1/1 | 1989 | 0 SF | N/A |
| | Owner: TALLEY, JOHN<br>APN: 2435-009-034<br>Legal: Lot:1 Tract No:46771 Legal Unit:8 Map Ref:MB1149 PG3&4City/Muni/Twp:BURBANK<br>Land Use: Condominium (Residential) | | | Seller: WELLS FARGO BANK NATIONAL<br>Document #: 09-1794802<br><br>Located approximately 2.94 miles from subject property. | | | | | | |
| 9 | 12368 OSBORNE ST # 7<br>PACOIMA, CA 91331 | 01/14/2010 | $245,000 | $208,250 | $275 | 0 | 0 | | 0 SF | N/A |
| | Owner: STRAIN, ALMA TERESA<br>APN: 2536-030-007<br>Legal: Lot:1 Tract No:62587 Legal Unit:7 Map Ref:MB1344 PG43&44City/Muni/Twp:LOS ANGELES<br>Land Use: Condominium (Residential) | | | Seller: ARCHI DEVELOPMENT,<br>Document #: 10-0057204<br><br>Located approximately 3.15 miles from subject property. | | | | | | |
| 10 | 12368 OSBORNE ST<br>PACOIMA, CA 91331 | 02/01/2010 | $250,000 | $245,471 | $275 | 0 | 0 | | 0 SF | N/A |
| | Owner: LARA, FERNANDO; PARRA, SOILA Y<br>APN: 2536-030-005<br>Legal: Lot:1 Subdivision:SALERNO VILLAS Tract No:62587 Legal Unit:5 Map Ref:MB1344<br>Land Use: Condominium (Residential) | | | Seller: ARCHI DEVELOPMENT,<br>Document #: 10-0139400<br><br>Located approximately 3.15 miles from subject property. | | | | | | |
| 11 | 12385 OSBORNE ST<br>PACOIMA, CA 91331 | 01/22/2010 | $277,000 | $271,982 | $275 | 0 | 0 | | 0 SF | N/A |
| | Owner: YANG, YOON SEOK<br>APN: 2536-015-252<br>Legal: Lot:1 Subdivision:HANSEN VILLAS Tract No:60743 Legal Unit:2 Map Ref:MB1354<br>Land Use: Condominium (Residential) | | | Seller: YAGHOOBI, LEONARD; YAGHOOBI, FLONDA<br>Document #: 10-0094487<br><br>Located approximately 3.19 miles from subject property. | | | | | | |
| 12 | 12287 OSBORNE ST # 4<br>PACOIMA, CA 91331 | 06/12/2009 | $55,000 | $44,000 | $86 | 639 | 1/1 | 1963 | 0 SF | N/A |
| | Owner: VALDEZ, HECTOR M<br>APN: 2536-024-017<br>Legal: Lot:1 Subdivision:GOLF COURT TERRACE Tract No:23432 Legal Unit:4 Map Ref:MB833<br>Land Use: Condominium (Residential) | | | Seller: BANK OF NEW YORK,<br>Document #: 09-0887995<br><br>Located approximately 3.43 miles from subject property. | | | | | | |

**Comparable Sales Data**

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 11350 FOOTHILL BLVD # 32<br>SYLMAR, CA 91342 | 12/01/2009 | $85,000 | $83,460 | $120 | 708 | 1/1 | 1986 | 0 SF | P |

| | | | |
|---|---|---|---|
| **Owner:** | GRAJEDA, JOSE R; OCHOA, LUZ E | **Seller:** | US BANK NATIONAL ASSOCIATION, |
| **APN:** | 2530-022-122 | **Document #:** | 09-1813063 |
| **Legal:** | Lot:2 Subdivision:SHADOW MOUNTAIN VIEW HOA Tract No:40528 Legal Unit:32 Map Ref:MB1047 | | |
| **Land Use:** | Condominium (Residential) | | Located approximately 3.48 miles from subject property. |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/10/2010 09:25:59 AM                                                                                                        Customer Service Rep:  Josh Hernandez

# NEARBY PROPERTY OWNERS

---

*ARPIN, LARRY D AND FRANCISCA E*

**8601 SUNLAND BLVD UNIT 43**
**SUN VALLEY, CA 91352**

| | | | |
|---|---|---|---|
| APN: | 2408-012-095 | Bedrooms: | 3 |
| Telephone: | | Bathrooms: | 2 |
| Square Feet: | 927 | Lot size: | 0 |
| Year Built: | 1983 | Garage: | |
| Sale Date: | 07/27/2006 | | |
| Land Use: | Condominium (Residential) | | |

---

*SCUDIERI, MARIA AND VICARI, GIANFRANCO AND BEATRICE*

**8601 SUNLAND BLVD UNIT 1**
**SUN VALLEY, CA 91352**

| | | | |
|---|---|---|---|
| APN: | 2408-012-053 | Bedrooms: | 3 |
| Telephone: | | Bathrooms: | 2 |
| Square Feet: | 927 | Lot size: | 0 |
| Year Built: | 1983 | Garage: | |
| Sale Date: | 10/17/2005 | | |
| Land Use: | Condominium (Residential) | | |

---

*GAMERO, LESLIE*

**8601 SUNLAND BLVD UNIT 45**
**SUN VALLEY, CA 91352**

| | | | |
|---|---|---|---|
| APN: | 2408-012-097 | Bedrooms: | 3 |
| Telephone: | | Bathrooms: | 2 |
| Square Feet: | 1,333 | Lot size: | 0 |
| Year Built: | 1983 | Garage: | |
| Sale Date: | 12/19/2007 | | |
| Land Use: | Condominium (Residential) | | |

---

*MORELOS, ANTONIO A AND AGUILAR, LUZ M*

**8601 SUNLAND BLVD UNIT 59**
**SUN VALLEY, CA 91352**

| | | | |
|---|---|---|---|
| APN: | 2408-012-111 | Bedrooms: | 3 |
| Telephone: | | Bathrooms: | 2 |
| Square Feet: | 927 | Lot size: | 0 |
| Year Built: | 1983 | Garage: | |
| Sale Date: | 09/22/2003 | | |
| Land Use: | Condominium (Residential) | | |

---

*LEE, YUN J*

**8601 SUNLAND BLVD UNIT 19**
**SUN VALLEY, CA 91352**

| | | | |
|---|---|---|---|
| APN: | 2408-012-071 | Bedrooms: | 3 |
| Telephone: | | Bathrooms: | 2 |
| Square Feet: | 1,208 | Lot size: | 0 |
| Year Built: | 1983 | Garage: | |
| Sale Date: | 04/15/2005 | | |
| Land Use: | Condominium (Residential) | | |

---

*GALSIM, BLESILDA R TR*

**8601 SUNLAND BLVD UNIT 30**
**SUN VALLEY, CA 91352**

| | | | |
|---|---|---|---|
| APN: | 2408-012-082 | Bedrooms: | 3 |
| Telephone: | | Bathrooms: | 2 |
| Square Feet: | 927 | Lot size: | 0 |
| Year Built: | 1983 | Garage: | |
| Sale Date: | 09/12/2008 | | |
| Land Use: | Condominium (Residential) | | |

---

*LOCA, GIRGIS F AND SALEEB, MARIANE*

**8601 SUNLAND BLVD UNIT 11**
**SUN VALLEY, CA 91352**

| | | | |
|---|---|---|---|
| APN: | 2408-012-063 | Bedrooms: | 3 |
| Telephone: | | Bathrooms: | 2 |
| Square Feet: | 1,208 | Lot size: | 0 |
| Year Built: | 1983 | Garage: | |
| Sale Date: | 08/08/2008 | | |
| Land Use: | Condominium (Residential) | | |

---

*MUNOZ, BERTHA*

**8601 SUNLAND BLVD UNIT 49**
**SUN VALLEY, CA 91352**

| | | | |
|---|---|---|---|
| APN: | 2408-012-101 | Bedrooms: | 3 |
| Telephone: | | Bathrooms: | 2 |
| Square Feet: | 1,208 | Lot size: | 0 |
| Year Built: | 1983 | Garage: | |
| Sale Date: | 08/19/2008 | | |
| Land Use: | Condominium (Residential) | | |

---

*WILDMAN, LOIS A*

**8601 SUNLAND BLVD UNIT 31**
**SUN VALLEY, CA 91352**

| | | | |
|---|---|---|---|
| APN: | 2408-012-083 | Bedrooms: | 3 |
| Telephone: | | Bathrooms: | 2 |
| Square Feet: | 1,333 | Lot size: | 0 |
| Year Built: | 1983 | Garage: | |
| Sale Date: | 09/16/2003 | | |
| Land Use: | Condominium (Residential) | | |

---

*PEDRAZA, PETER R AND NORMA S*

**8601 SUNLAND BLVD UNIT 21**
**SUN VALLEY, CA 91352**

| | | | |
|---|---|---|---|
| APN: | 2408-012-073 | Bedrooms: | 3 |
| Telephone: | | Bathrooms: | 3 |
| Square Feet: | 1,156 | Lot size: | 0 |
| Year Built: | 1983 | Garage: | |
| Sale Date: | 03/27/1991 | | |
| Land Use: | Condominium (Residential) | | |

---

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/10/2010 09:26:00 AM                                                                                                Customer Service Rep: Josh Hernandez

Case 2:09-cr-01344-VBF  Document 58-2  Filed 05/05/10  Page 10 of 13



Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
2/10/2010                                                                                       Customer Service Rep: Josh Hernandez



Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
2/10/2010                                                                                                                                      Customer Service Rep:   Josh Hernandez



Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
2/10/2010                                                                                                                                        Customer Service Rep: Josh Hernandez



Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
2/10/2010 Customer Service Rep: Josh Hernandez