

# PROPERTY PROFILE

## Property Information

| | |
|---|---|
| **Primary Owner :** | AVANESSIAN, JANO AND RENE |
| **Secondary Owner :** | N/A |
| **Site Address :** | 615 E TUJUNGA AVE<br>BURBANK, CA 91501-2214 |
| **Mailing Address :** | 3986 20TH ST<br>SAN FRANCISCO, CA 94114 |
| **Assessor Parcel Number :** | 2455-015-056 |
| **Census Tract :** | 3102.00 |
| **Housing Tract Number :** | N/A |
| **Lot Number :** | 13 |
| **Page Grid :** | 533-J6 |
| **Legal Description :** | Lot: 13    ; Block: 26    ; Abbreviated Description: LOT:13    BLK:26    CITY:REGION/CLUSTER: 03/03414 BURBANK EX OF ALLEY LOT 13 BLK 26 ; City/Muni/Twp: REGION/CLUSTER: 03/03414 IMP1=2 UNITS,3366SF,YB:2004,04BD/04BA;IMP2=3PLX,1 UNIT,1066SF,YB:1923,02BD/01BA. |

## Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| **Bedrooms :** | 6 | **Year Built :** | 2004 | **Square Feet :** | 4432 |
| **Bathrooms :** | 5.0 | **Garage :** | N/A | **Lot size :** | N/A |
| **Partial Bath :** | 0 | **Fireplace :** | N/A | **Number of Units :** | 3 |
| **Total Rooms :** | 0 | **Pool/Spa :** | N | **Use Code :** | Triplex (3 units, any combination) |
| **Zoning :** | BUR4* | | | | |

## Sale Information

| | | | |
|---|---|---|---|
| **Transfer Date :** | 02/28/1995 | **Document # :** | 1995-0321828 |
| **Transfer Value :** | $180,001 | **Cost/Sq Feet :** | $ 40 |

## Assessment/Tax Information

| | | | |
|---|---|---|---|
| **Assessed Value :** | $492,678 | **Tax Amount :** | $5,558.73 |
| **Land Value :** | $93,797 | **Tax Status :** | Current |
| **Improvement Value :** | $398,881 | **Tax Rate Area :** | 2-530 |
| **Percent Improvement :** | 80 % | **Homeowner Exemption :** | N |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
05/05/2010 11:13:32 AM                                                                                                      Customer Service Rep:        Terrence

CCTN
CALCOUNTIES TITLENATION
Serving The American Dream Since 1974



# SUBJECT PROPERTY HISTORY

**Prior Transfer**

| | | | |
|---|---|---|---|
| Recording Date: | 02/28/1995 | Document #: | 1995-0321828 |
| Price: | $180,001 | Document Type: | N/A |
| First TD: | | Type of Sale: | Qualified Sale |
| Lender Name: | N/A | | |
| Buyer Name: | AVANESSIAN, JANO AND RENE | | |
| Buyer Vesting: | | | |
| Sell Name: | N/A | | |
| Legal: | LOT:13   BLK:26   CITY:REGION/CLUSTER: 03/03414 BURBANK EX OF ALLEY LOT 13 BLK 26 | | |
| City/Muni/Twp: | SAN FRANCISCO | | |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
05/05/2010 11:13:33 AM                                                                                      Customer Service Rep:  Terrence Honrud

**CCTN**
CALCOUNTIES TITLENATION
Serving The American Dream Since 1974



# SALES COMPARABLES

## Criteria Selected:

Searched by Radius: 1 Mile
Date Range: 11/11/2008 to 5/5/2010
Land Use: Same as Subject

## Area Sales Analysis

|  | Low | Median | High |
|---|---|---|---|
| Bedrooms: | 3 | 4 | 5 |
| Baths: | 2 | 3 | 3 |
| Lot Size: | 6,578 | 7,719 | 8,599 |
| Living Area (SqFt): | 1,640 | 2,166 | 2,374 |
| Sale Price: | $505,000 | $625,000 | $674,000 |
| Year Built: | 1922 | 1937 | 1953 |
| Age: | 57 | 73 | 88 |

## Subject Property

| Sale Date: | 02/28/1995 | Year Built: | 2004 | Price: | $180,001 | Pool: | N/A |
|---|---|---|---|---|---|---|---|
| Lot Size: | N/A | Square Feet: | 4,432 | $/SF: | $40 | BR/Bth: | 6/5 |

## Comparable Sales Data

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 609 E CEDAR AVE BURBANK, CA 91501 | 06/15/2009 | $625,000 | $263 | 2,374 | 4/2 | 1938 | 8,599 SF | N/A |

| Owner: | TROOST INVESTMENTS LLC, | Seller: | WALTZ, MARJORIE S; ESTATE OF KENNETH |
|---|---|---|---|
| APN: | 5621-021-012 | Document #: | 09-0890801 |
| Legal: | Lot:13 Tract No:5595 Map Ref:MB60 PG61City/Muni/Twp:BURBANK | | |
| Land Use: | Triplex (3 units, any combination) | Located approximately 0.32 miles from subject property. | |

| 2 | 626 E MAGNOLIA BLVD BURBANK, CA 91501 | 04/30/2009 | $625,000 | $288 | 2,166 | 5/3 | 1923 | 7,745 SF | N/A |
|---|---|---|---|---|---|---|---|---|---|

| Owner: | ALLAHVERDI, MELINA | Seller: | WASHBURN, ALEXIS E; THE WASHBURN |
|---|---|---|---|
| APN: | 2455-031-008 | Document #: | 09-0633883 |
| Legal: | Lot:8 Block:22 Subdivision:TOWN OF BURBANK Map Ref:MR17 PG19-22City/Muni/Twp:BURBANK | | |
| Land Use: | Triplex (3 units, any combination) | Located approximately 0.32 miles from subject property. | |

| 3 | 219 E VALENCIA AVE BURBANK, CA 91502 | 12/17/2009 | $650,000 | $275 | 2,358 | 5/3 | 1953 | 7,218 SF | N/A |
|---|---|---|---|---|---|---|---|---|---|

| Owner: | ARZOOMANIAN, VAHIK; ARZOOMANIAN, | Seller: | CROXEN, VIRGINIA M; HAZEL E BURT |
|---|---|---|---|
| APN: | 2453-038-007 | Document #: | 09-1920621 |
| Legal: | Lot:14 Tract No:9207 Map Ref:MB124 PG3&4City/Muni/Twp:BURBANK | | |
| Land Use: | Triplex (3 units, any combination) | Located approximately 0.61 miles from subject property. | |

| 4 | 1151 ALLEN AVE GLENDALE, CA 91201 | 05/15/2009 | $570,000 | $347 | 1,640 | 4/2 | 1922 | 6,669 SF | N/A |
|---|---|---|---|---|---|---|---|---|---|

| Owner: | AMBARCHYAN, EDGAR | Seller: | GUIZON, ROSANA P; GUIZON, NATHALIA P |
|---|---|---|---|
| APN: | 5621-037-024 | Document #: | 09-0719795 |
| Legal: | Lot:42 Tract No:4554 Map Ref:MB49 PG62City/Muni/Twp:GLENDALE | | |
| Land Use: | Triplex (3 units, any combination) | Located approximately 0.84 miles from subject property. | |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.

**Comparable Sales Data**

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 1071 IRVING AVE<br>GLENDALE, CA 91201 | 02/26/2009 | $615,000 | $272 | 2,254 | 5/3 | 1953 | 6,578 SF | N/A |

| | | |
|---|---|---|
| Owner: | KHACHIKYAN, ROBERT; KHACHIKYAN, | Seller: GUERRERO, RICHARD J |
| APN: | 5624-010-006 | Document #: 09-0274097 |
| Legal: | Lot:29 Tract No:7024 Map Ref:MB77 PG31City/Muni/Twp:GLENDALE | |
| Land Use: | Triplex (3 units, any combination) | Located approximately 0.95 miles from subject property. |

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 1030 RAYMOND AVE<br>GLENDALE, CA 91201 | 08/21/2009 | $655,000 | $304 | 2,154 | 4/3 | 1923 | 7,719 SF | N/A |

| | | |
|---|---|---|
| Owner: | JUBRAN, GHADA | Seller: SHABANI, EDWIN |
| APN: | 5623-023-002 | Document #: 09-1289322 |
| Legal: | Lot:61 Tract No:4561 Map Ref:MB50 PG77City/Muni/Twp:GLENDALE | |
| Land Use: | Triplex (3 units, any combination) | Located approximately 1.15 miles from subject property. |

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 1041 WESTERN AVE<br>GLENDALE, CA 91201 | 03/27/2009 | $505,000 | $235 | 2,144 | 3/3 | 1925 | 7,719 SF | N/A |

| | | |
|---|---|---|
| Owner: | AGHAJANIAN, VACHIK; AGHAJANIAN, | Seller: HENG, AY KIM; HENG, MEANG KIM |
| APN: | 5623-024-012 | Document #: 09-0439719 |
| Legal: | Lot:90 Tract No:4516 Map Ref:MB50 PG77City/Muni/Twp:GLENDALE | |
| Land Use: | Triplex (3 units, any combination) | Located approximately 1.18 miles from subject property. |

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 1815 LAKE ST # B<br>GLENDALE, CA 91201 | 02/03/2009 | $530,000 | $239 | 2,212 | 4/3 | 1937 | 8,246 SF | N/A |

| | | |
|---|---|---|
| Owner: | ALVAREZ, LUIS R; ALVAREZ, VIRGINIA | Seller: DEUTSCHE BANK NATIONAL TRUST |
| APN: | 5625-004-007 | Document #: 09-0137772 |
| Legal: | Lot:63 Tract No:8132 Map Ref:MB100 PG15&16City/Muni/Twp:GLENDALE | |
| Land Use: | Triplex (3 units, any combination) | Located approximately 1.33 miles from subject property. |

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 1057 SONORA AVE<br>GLENDALE, CA 91201 | 08/31/2009 | $674,000 | $314 | 2,146 | 4/3 | 1938 | 7,967 SF | N/A |

| | | |
|---|---|---|
| Owner: | AL SAIEGH, NADINE | Seller: COLLINS, ARTHUR; THE VANDERLINDEN |
| APN: | 5623-029-042 | Document #: 09-1332048 |
| Legal: | Lot:15 Tract No:7435 Map Ref:MB106 PG85&86 | |
| Land Use: | Triplex (3 units, any combination) | Located approximately 1.45 miles from subject property. |

# NEARBY PROPERTY OWNERS

---

**ANTONYAN, VARSENIK**
**619 E TUJUNGA AVE**
**BURBANK, CA 91501**
| | | | |
|---|---|---|---|
| APN: | 2455-015-012 | Bedrooms: | 4 |
| Square Feet: | 2,664 | Bathrooms: | 3 |
| Year Built: | 1922 | Lot size: | 7,745 |
| Sale Date: | 04/03/1998 | Garage: | |
| Land Use: | Triplex (3 units, any combination) | | |

---

**CONGER, ROBERT AND JANE**
**609 E TUJUNGA AVE**
**BURBANK, CA 91501**
| | | | |
|---|---|---|---|
| APN: | 2455-015-019 | Bedrooms: | 3 |
| Square Feet: | 1,818 | Bathrooms: | 3 |
| Year Built: | 1922 | Lot size: | 7,745 |
| Sale Date: | 06/28/1996 | Garage: | |
| Land Use: | Triplex (3 units, any combination) | | |

---

**BOTT, HULDA L TR**
**602 E ANGELENO AVE**
**BURBANK, CA 91501**
| | | | |
|---|---|---|---|
| APN: | 2455-015-029 | Bedrooms: | 6 |
| Square Feet: | 3,008 | Bathrooms: | 3 |
| Year Built: | 1924 | Lot size: | 7,745 |
| Sale Date: | 05/20/2005 | Garage: | |
| Land Use: | Triplex (3 units, any combination) | | |

---

**MAZARIN, ANTHONY R (CO TR)**
**619 E VERDUGO AVE**
**BURBANK, CA 91501**
| | | | |
|---|---|---|---|
| APN: | 2455-010-011 | Bedrooms: | 6 |
| Square Feet: | 2,903 | Bathrooms: | 4 |
| Year Built: | 1922 | Lot size: | 7,745 |
| Sale Date: | 07/14/2006 | Garage: | |
| Land Use: | Triplex (3 units, any combination) | | |

---

**KELLY, SULTANA N**
**702 E TUJUNGA AVE**
**BURBANK, CA 91501**
| | | | |
|---|---|---|---|
| APN: | 2455-009-020 | Bedrooms: | 7 |
| Square Feet: | 3,095 | Bathrooms: | 6 |
| Year Built: | 1945 | Lot size: | 7,745 |
| Sale Date: | 04/16/2008 | Garage: | |
| Land Use: | Triplex (3 units, any combination) | | |

---

**STINY, ELIJAH G AND MARY M TRS**
**563 E VERDUGO AVE**
**BURBANK, CA 91501**
| | | | |
|---|---|---|---|
| APN: | 2455-011-058 | Bedrooms: | 0 |
| Square Feet: | 36,262 | Bathrooms: | 0 |
| Year Built: | 1988 | Lot size: | 22,825 |
| Sale Date: | 10/10/2000 | Garage: | |
| Land Use: | Triplex (3 units, any combination) | | |

---

**JONES, RONALD AND DONNA**
**703 E VERDUGO AVE**
**BURBANK, CA 91501**
| | | | |
|---|---|---|---|
| APN: | 2455-009-019 | Bedrooms: | 5 |
| Square Feet: | 1,617 | Bathrooms: | 3 |
| Year Built: | 1922 | Lot size: | 7,279 |
| Sale Date: | 10/18/2005 | Garage: | |
| Land Use: | Triplex (3 units, any combination) | | |

---

**SADOFSKI CYNTHIA TR**
**526 E ANGELENO AVE**
**BURBANK, CA 91501**
| | | | |
|---|---|---|---|
| APN: | 2455-014-012 | Bedrooms: | 3 |
| Square Feet: | 2,108 | Bathrooms: | 3 |
| Year Built: | 1940 | Lot size: | 7,745 |
| Sale Date: | 09/10/2008 | Garage: | |
| Land Use: | Triplex (3 units, any combination) | | |

---

**LE VALLEY, CHAUNCEY U (CO TR)**
**521 E TUJUNGA AVE**
**BURBANK, CA 91501**
| | | | |
|---|---|---|---|
| APN: | 2455-014-013 | Bedrooms: | 5 |
| Square Feet: | 2,120 | Bathrooms: | 3 |
| Year Built: | 1929 | Lot size: | 7,745 |
| Sale Date: | 05/13/2003 | Garage: | |
| Land Use: | Triplex (3 units, any combination) | | |

---

**KURKJIAN, NAREK S TR**
**718 E TUJUNGA AVE**
**BURBANK, CA 91501**
| | | | |
|---|---|---|---|
| APN: | 2455-009-024 | Bedrooms: | 8 |
| Square Feet: | 3,152 | Bathrooms: | 6 |
| Year Built: | 1923 | Lot size: | 7,623 |
| Sale Date: | 07/23/2008 | Garage: | |
| Land Use: | Triplex (3 units, any combination) | | |

---

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
05/05/2010 11:13:35 AM                                                                                                               Customer Service Rep:

CAL COUNTIES TITLE NATION
Serving The American Dream Since 1974



Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
5/5/2010                                     Customer Service Rep:      Terrence
CCTN CALCOUNTIES TITLENATION
Serving The American Dream Since 1974



Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
5/5/2010    Customer Service Rep:    Terrence
CCTN CALCOUNTIES TITLENATION — Serving The American Dream Since 1974