GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600

MARK J. GERAGOS    SBN 108325
Attorney for Defendant
JIRAIR AVANESSIAN

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-1344(A) - VBF |
| Plaintiff, | NOTICE OF ERRATA RE EXHIBIT "C" TO DECLARATION OF JASSMEN TALIDEH IN SUPPORT OF MR. AVANESSIAN'S MOTION AND RENEWED MOTION FOR PRETRIAL RELEASE |
| vs. | |
| JIRAIR AVANESSIAN, *et al.*, | |
| Defendants. | Date: May 6, 2010<br>Time: 2:00 p.m.<br>Courtroom 9<br><br>*Honorable Valerie Baker Fairbank* |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSELS OF RECORD:

PLEASE TAKE NOTICE that there is an errata in Defendant Jirair Avanessian's filing identified as ECF docket entry #58. The attached Exhibit "C" was inadvertently not uploaded with the Declaration of Jassmen Talideh.

Dated: May 5, 2010                GERAGOS & GERAGOS, APC

By: _____/s/_____
MARK J. GERAGOS
Attorney for Defendant Jirair Avanessian