

# PROPERTY PROFILE

## Property Information

| | |
|---|---|
| **Primary Owner :** | AVANESSIAN, JANO AND RENE |
| **Secondary Owner :** | N/A |
| **Site Address :** | 2503 N ONTARIO ST |
| | BURBANK, CA 91504-2513 |
| **Mailing Address :** | 3986 20TH ST |
| | SAN FRANCISCO, CA 94114 |
| **Assessor Parcel Number :** | 2466-009-034 |
| **Phone :** | N/A |
| **Census Tract :** | 3105.00 |
| **Housing Tract Number :** | N/A |
| **Lot Number :** | N/A |
| **Page Grid :** | 533-D5 |
| **Legal Description :** | Abbreviated Description: CITY:REGION/CLUSTER: 24/24830 S 75 FT OF N 180 FT OF E 230 FT OF W 630 FT OF SE 1/4 OF NE 1/4 OF SE 1/4 OF SEC 4 T 1N R 14W ; City/Muni/Twp: REGION/CLUSTER: 24/24830 |

## Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| **Bedrooms :** | 0 | **Year Built :** | 1950 | **Square Feet :** | 6480 |
| **Bathrooms :** | 0.0 | **Garage :** | N/A | **Lot size :** | 17250 SF |
| **Partial Bath :** | 0 | **Fireplace :** | N/A | **Number of Units :** | 0 |
| **Total Rooms :** | 0 | **Pool/Spa :** | N | **Use Code :** | Manufacturing (light) |
| **Zoning :** | BUM2* | | | | |

## Sale/Loan Information

| | | | |
|---|---|---|---|
| **Transfer Date :** | 08/13/2002 | **Document # :** | 02-1891776 |
| **Transfer Value :** | $465,000 | **Cost/Sq Feet :** | $ 71 |
| **First Loan Amt :** | N/A | **Lender :** | |

## Assessment/Tax Information

| | | | |
|---|---|---|---|
| **Assessed Value :** | $522,977 | **Tax Amount :** | $6,077.33 |
| **Land Value :** | $388,017 | **Tax Status :** | Current |
| **Improvement Value :** | $134,960 | **Tax Rate Area :** | 2-535 |
| **Percent Improvement :** | 25 % | **Homeowner Exemption :** | N |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/10/2010 09:27:54 AM                                                    Customer Service Rep:  Josh Hernandez



## SUBJECT PROPERTY HISTORY

### Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 08/13/2002 | Document #: | 02-1891776 |
| Price: | $465,000 | Document Type: | Grant Deed |
| First TD: | | Type of Sale: | Full-Computed from Transfer Tax |
| Lender Name: | | | |
| Buyer Name: | AVANESSIAN, JANO; AVANESSIAN, RENE | | |
| Buyer Vesting: | Joint Tenancy | | |
| Sell Name: | TWISS, EVELYN; WILLIAM E & EVELYN TWISS FAMILY TRUST, | | |
| Legal: | CITY:BURBANK SOUTH75 FT N180 FT SE4 NE4 SE4 SEC04 TWP01N RNG14W SBM EXC W400 FT SD LAND | | |
| City/Muni/Twp: | SAN FRANCISCO | | |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/10/2010 09:27:55 AM                                                                                    Customer Service Rep:  Josh Hernandez



# SALES COMPARABLES MAP

**2503 N ONTARIO ST**
**BURBANK, CA 91504-2513**

| | | |
|---|---|---|
| 1. 2910 N Naomi St | 04/29/2009 | $1,200,000 |
| 2. 4205 W Burbank Blvd | 11/20/2009 | $540,000 |
| 3. 120 W Cypress Ave | 01/14/2010 | $1,600,000 |
| 4. 11747 Vose St | 07/31/2009 | $860,000 |
| 5. 726 S Flower St | 10/29/2009 | $1,880,000 |
| 6. 7430 Coldwater Canyon Ave | 10/02/2009 | $285,000 |
| 7. 7229 Atoll Ave | 12/22/2009 | $1,040,000 |
| 8. 7244 Varna Ave | 12/07/2009 | $2,300,000 |
| 9. 12734 Branford St # 28 | 04/28/2009 | $200,000 |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/10/2010 09:27:56 AM                                                                                    Customer Service Rep:  Josh Hernandez



# SALES COMPARABLES

## Criteria Selected:

Searched by Radius: 5 miles
Maximum Bathrooms: 99          Minimum Bathrooms: 0
Land Use: Same as Subject
Date Range: 02/15/2009 to 02/10/2010

## Area Sales Analysis

|  | Low | Median | High |
|---|---|---|---|
| **Bedrooms:** | 0 | 0 | 0 |
| **Baths:** | 0 | 0 | 0 |
| **Lot Size:** | 2,496 | 8,908 | 30,496 |
| **Living Area (SqFt):** | 1,468 | 4,028 | 8,690 |
| **Sale Price:** | $200,000 | $1,040,000 | $2,300,000 |
| **Year Built:** | 1943 | 1952 | 2002 |
| **Age:** | 8 | 58 | 67 |

## Subject Property

| Sale Date: 08/13/2002 | Year Built: 1950 | Price: $465,000 | Pool: N/A |
|---|---|---|---|
| Lot Size: 17,250 SF | Square Feet: 6,480 | $/SF: $71 | BR/Bth: 0/0 |

## Comparable Sales Data

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2910 N NAOMI ST BURBANK, CA 91504 | 04/29/2009 | $1,200,000 | $600,000 | $362 | 3,312 | 0 | 1952 | 13,382 SF | N/A |

| Owner: | PSEUDO LLC, | Seller: | DONALD M DAVIS & CO, |
|---|---|---|---|
| APN: | 2473-014-010 | Document #: | 09-0621995 |
| Legal: | Lot:12&13 Tract No:17078 Map Ref:MB402 PG31&32City/Muni/Twp:BURBANK | | |
| Land Use: | Manufacturing (light) | | Located approximately 0.60 miles from subject property. |

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 4205 W BURBANK BLVD BURBANK, CA 91505 | 11/20/2009 | $540,000 | $100,000 | $242 | 2,225 | 0 | 1951 | 2,496 SF | N/A |

| Owner: | LATSHAW, LEWIS ROSS; THE LEWIS ROSS | Seller: | ABOUD, GERALD L; THE ABOUD LIVING |
|---|---|---|---|
| APN: | 2435-026-018 | Document #: | 09-1761490 |
| Legal: | Lot:6 Tract No:9841 Map Ref:MB142 PG99&100City/Muni/Twp:BURBANK | | |
| Land Use: | Manufacturing (light) | | Located approximately 1.78 miles from subject property. |

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 120 W CYPRESS AVE BURBANK, CA 91502 | 01/14/2010 | $1,600,000 | $800,000 | $184 | 8,690 | 0 | 2002 | 6,647 SF | N/A |

| Owner: | FURIOUS FX INC, | Seller: | 120 W CYPRESS LLC, |
|---|---|---|---|
| APN: | 2449-034-039 | Document #: | 10-0058225 |
| Legal: | Lot:26&27 Tract No:4446 Map Ref:MB93 PG32&33City/Muni/Twp:BURBANK | | |
| Land Use: | Manufacturing (light) | | Located approximately 1.94 miles from subject property. |

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 11747 VOSE ST NORTH HOLLYWOOD, CA | 07/31/2009 | $860,000 | $675,032 | $138 | 6,210 | 0 | 1944 | 8,908 SF | N/A |

| Owner: | JOHNSON II, JOHN CHRISTIAN | Seller: | CHAL INDUSTRIES INC, |
|---|---|---|---|
| APN: | 2321-004-015 | Document #: | 09-1174235 |
| Legal: | Lot:25 Tract No:2755 Map Ref:MB33 PG93City/Muni/Twp:LOS ANGELES | | |
| Land Use: | Manufacturing (light) | | Located approximately 2.54 miles from subject property. |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
Customer Service Rep:  Josh Hernandez

## Comparable Sales Data

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|------|--------|-----------|----------|------|
| 5 | 726 S FLOWER ST BURBANK, CA 91502 | 10/29/2009 | $1,880,000 | $939,888 | $299 | 6,272 | 0 | 1943 | 23,514 SF | N/A |

| Owner: | AHSH LLC, | Seller: | WES INVESTMENTS LLC, ; MHB |
|--------|-----------|---------|----------------------------|
| APN: | 2453-042-007 | Document #: | 09-1635599 |
| Legal: | Block:92 Subdivision:RANCHO PROVIDENCIA & SCOTT TRACT Map Ref:MR43 | | |
| Land Use: | Manufacturing (light) | | Located approximately 2.84 miles from subject property. |

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|------|--------|-----------|----------|------|
| 6 | 7430 COLDWATER CANYON NORTH HOLLYWOOD, CA | 10/02/2009 | $285,000 | $0 | $70 | 4,028 | 0 | 1961 | 5,637 SF | N/A |

| Owner: | BROUTIAN, HAROUT | Seller: | BRUTYAN, ARMEN |
|--------|------------------|---------|----------------|
| APN: | 2324-001-006 | Document #: | 09-1499824 |
| Legal: | Lot:115 Tract No:1212 Map Ref:MB18 PG126&127City/Muni/Twp:LOS ANGELES | | |
| Land Use: | Manufacturing (light) | | Located approximately 3.97 miles from subject property. |

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|------|--------|-----------|----------|------|
| 7 | 7229 ATOLL AVE NORTH HOLLYWOOD, CA | 12/22/2009 | $1,040,000 | $707,000 | $130 | 8,000 | 0 | 1955 | 16,000 SF | N/A |

| Owner: | CHIVICHYAN, GOKOR; CHIVICHYAN, | Seller: | FIRST CITIZENS BANK & TRUST COMPANY, |
|--------|--------------------------------|---------|---------------------------------------|
| APN: | 2327-002-024 | Document #: | 09-1944749 |
| Legal: | Lot:58 Tract No:1081 Map Ref:MB17 PG130&131City/Muni/Twp:LOS ANGELES | | |
| Land Use: | Manufacturing (light) | | Located approximately 4.38 miles from subject property. |

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|------|--------|-----------|----------|------|
| 8 | 7244 VARNA AVE NORTH HOLLYWOOD, CA | 12/07/2009 | $2,300,000 | $1,955,000 | $958 | 2,400 | 0 | 1948 | 30,496 SF | N/A |

| Owner: | ART DECK INC, | Seller: | ABASHYANAND, MOVSES; SIMONYAN, |
|--------|---------------|---------|--------------------------------|
| APN: | 2328-028-008 | Document #: | 09-1845901 |
| Legal: | Lot:14&15 Tract No:13447 Map Ref:MB318 PG12&13City/Muni/Twp:LOS ANGELES | | |
| Land Use: | Manufacturing (light) | | Located approximately 4.54 miles from subject property. |

| No. | Address | Date | Price | Loan | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|------|--------|-----------|----------|------|
| 9 | 12734 BRANFORD ST # 28 PACOIMA, CA 91331 | 04/28/2009 | $200,000 | $150,000 | $136 | 1,468 | 0 | 1985 | 3,006 SF | N/A |

| Owner: | DUGUM, RAMZI | Seller: | FUCHS, MARIA A |
|--------|--------------|---------|----------------|
| APN: | 2629-003-059 | Document #: | 09-0618497 |
| Legal: | Lot:1 Tract No:43430 Legal Unit:28 Map Ref:MB1068 PG94&95City/Muni/Twp:LOS ANGELES | | |
| Land Use: | Manufacturing (light) | | Located approximately 4.84 miles from subject property. |

Data Deemed Reliable, But Not Guaranteed.

Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/10/2010 09:27:56 AM                                                                                          Customer Service Rep:  Josh Hernandez

# NEARBY PROPERTY OWNERS

---

**2509 NORTH ONTARIO LLC**

**2509 N ONTARIO ST**
**BURBANK, CA 91504**
APN: 2466-009-026
Telephone:
Square Feet: 7,200
Year Built: 1951
Sale Date: 08/06/2004
Land Use: Manufacturing (light)

Bedrooms: 0
Bathrooms: 0
Lot size: 11,500
Garage:

---

**S A ROMA PROPERTIES LLC**

**2501 N ONTARIO ST**
**BURBANK, CA 91504**
APN: 2466-009-035
Telephone:
Square Feet: 17,545
Year Built: 1946
Sale Date: 05/05/2006
Land Use: Manufacturing (light)

Bedrooms: 0
Bathrooms: 0
Lot size: 25,265
Garage:

---

**DELBARIAN, MICHAEL J AND JOY TRS**

**2513 N ONTARIO ST**
**BURBANK, CA 91504**
APN: 2466-009-025
Telephone:
Square Feet: 3,200
Year Built: 1951
Sale Date: 07/12/2000
Land Use: Manufacturing (light)

Bedrooms: 0
Bathrooms: 0
Lot size: 12,650
Garage:

---

**HECHTER, ALLEN P TR**

**2517 N ONTARIO ST**
**BURBANK, CA 91504**
APN: 2466-009-038
Telephone:
Square Feet: 20,000
Year Built: 1976
Sale Date: 12/22/2008
Land Use: Warehouse (Industrial)

Bedrooms: 0
Bathrooms: 0
Lot size: 38,333
Garage:

---

**ROMANO, ARTHUR V AND SANDRA L TRS**

**2430 N ONTARIO ST**
**BURBANK, CA 91504**
APN: 2466-012-007
Telephone:
Square Feet: 1,526
Year Built: 1947
Sale Date: 09/14/2001
Land Use: Manufacturing (light)

Bedrooms: 0
Bathrooms: 0
Lot size: 4,400
Garage:

---

**MCENTEE, ROBERT TR**

**3205 BURTON AVE**
**BURBANK, CA 91504**
APN: 2466-009-023
Telephone:
Square Feet: 49,161
Year Built: 1973
Sale Date: 03/02/1998
Land Use: Manufacturing (light)

Bedrooms: 0
Bathrooms: 0
Lot size: 2
Garage:

---

**SAMUELS, S ZACHARY TR**

**2504 N ONTARIO ST**
**BURBANK, CA 91504**
APN: 2466-012-005
Telephone:
Square Feet: 6,050
Year Built: 1978
Sale Date: 01/26/2007
Land Use: Warehouse (Industrial)

Bedrooms: 0
Bathrooms: 0
Lot size: 11,400
Garage:

---

**KAYE, IRV G AND KAYE, MARC D**

**2506 N ONTARIO ST**
**BURBANK, CA 91504**
APN: 2466-012-004
Telephone:
Square Feet: 6,050
Year Built: 1978
Sale Date: 12/27/1979
Land Use: Warehouse (Industrial)

Bedrooms: 0
Bathrooms: 0
Lot size: 11,400
Garage:

---

**NANKIN, PABLO TR**

**2508 N ONTARIO ST**
**BURBANK, CA 91504**
APN: 2466-012-003
Telephone:
Square Feet: 7,229
Year Built: 1948
Sale Date: 08/13/2007
Land Use: Manufacturing (light)

Bedrooms: 0
Bathrooms: 0
Lot size: 10,450
Garage:

---

**SCHRICK, SHARYN E TR ET AL**

**2426 N ONTARIO ST**
**BURBANK, CA 91504**
APN: 2466-012-008
Telephone:
Square Feet: 6,000
Year Built: 1966
Sale Date: 11/25/2002
Land Use: Manufacturing (light)

Bedrooms: 0
Bathrooms: 0
Lot size: 13,504
Garage:

---

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
02/10/2010 09:27:57 AM                                                        Customer Service Rep:  Josh Hernandez



Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2010 FIS Data Services. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
2/10/2010                                                                                                          Customer Service Rep:  Josh Hernandez