```
ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
PATRICK R. FITZGERALD
Assistant United States Attorney
Acting Chief, National Security Section
ROZELLA A. OLIVER (SBN 250488)
ANTHONY J. LEWIS (SBN 231825)
Assistant United States Attorneys
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4591/2475/1786
     Facsimile: (213) 894-6436
     E-Mail: patrick.fitzgerald@usdoj.gov
             rozella.oliver@usdoj.gov
             anthony.lewis@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JIRAIR AVANESSIAN,<br>  aka "Jerry Avanessian,"<br>  aka "Jerry Avanes," and<br>FARHAD MASOUMIAN,<br>  aka "Farhad Ma'sumiyan,"<br>  aka "Farhad Ma'sumian,"<br>  aka "Farhad Masouiman,"<br>  aka "Farhad Masumian,"<br>  aka "Farhad Masumiyan,"<br>AMIRHOSSEIN SAIRAFI,<br>  aka "Amir Hossein Sairafi,"<br><br>           Defendants. | CR No. 09-1344(A)-VBF<br><br>SUPPLEMENTAL AUSA AFFIDAVIT IN SUPPORT OF REQUEST FOR EXTRADITION OF AMIRHOSSEIN SAIRAFI<br>     aka "Amir Hossein Sairafi" |

### AFFIDAVIT OF ANTHONY JAMES LEWIS

I, ANTHONY J. LEWIS, being duly sworn, depose and state:

1. I am a citizen of the United States of America, and a resident of the state of California.

2.   I am an Assistant U.S. Attorney in the U.S. Attorney's Office for the Central District of California.  As an Assistant U.S. Attorney for the Central District of California, I am responsible for the preparation and prosecution of criminal cases.  My duties are to prosecute persons charged with criminal violations of the laws of the United States.

3.   I am one of the prosecutors who represents the U.S. Government in the investigation of the illegal export of vacuum-pumps and other goods and technology ("vacuum-pump parts") to Iran via the United Arab Emirates ("U.A.E."), and in the course of my duties, I have become familiar with the charges and evidence in the case of <u>United States v. Jirair Avanessian, Farhad Masoumian, and Amirhossein Sairafi</u>, CR No. 09-1344(A)-VBF. During my practice as an Assistant U.S. Attorney, I have become knowledgeable about the criminal laws and procedures of the United States.

4.   By diplomatic note (number 0107), dated 3 March 3010, the United States requested the extradition of Amirhossein Sairafi, who is wanted to stand trial on charges of conspiracy, evasion of licensing and export restrictions under the International Emergency Economic Powers Act, and money laundering, and submitted the requisite documents in accordance with the 1978 U.S.-Germany Extradition Treaty.  All of those documents are hereby incorporated by reference in their entirety.

5.   Since the sending of our extradition materials, U.S. authorities have obtained additional details concerning the technical specifications for three of the vacuum-pump parts charged in the First Superseding Indictment.  As a result, I am

2

1 supplementing the original extradition documents to provide the
2 additional details for these parts and attach hereto, as Exhibit
3 A, the Supplemental Affidavit Special Agent Darren Slotsve of the
4 Internal Revenue Service, Criminal Investigation Division.
5     6.  Regardless of the technical specifications provided for
6 these and other parts, I note that it is illegal to send all of
7 the vacuum-pump parts in the First Superseding Indictment to Iran
8 from the United States without a license because SAIRAFI and the
9 other co-defendants knew they needed a license to do so but
10 failed to obtain one.
11     7.  Furthermore, under U.S. law, money laundering is a
12 separate offense from the crime being promoted by the transaction
13 that is the subject of the offense.  Under U.S. law, money
14 laundering is a criminal offense that is designed to prevent the
15 laundering of money to make other offenses more difficult to
16 detect or prove, to curtail the market of criminal activity, to
17 attack the strategies used by criminals to avoid detection (such
18 as avoiding transaction reporting requirements and purchasing
19 valuables), to punish those who avoid the payment of taxes on
20 income from illicit sources, to protect the integrity of the
21 financial system, and to prevent those engaged in illegal action
22 from enjoying the profits and proceeds of illegal activities.  In
23 order to be convicted of money laundering under U.S. law, the
24 accused individuals need not have completed any other crime using
25 the money that is the subject of the offense, they simply must
26 intend to use it in furtherance of certain illegal activities.
27
28

## Conclusion

8. Each of these affidavits was sworn to before a U.S. Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed these affidavits and the attachments to them, and attest that this evidence indicates that SAIRAFI is guilty of the offenses charged in the Superseding Indictment.

9. Should German authorities deciding this matter require further information in order to reach a decision on extradition, I request the opportunity to present supplemental materials prior to the rendering of a decision.

_____
ANTHONY JAMES LEWIS
Assistant United States Attorney

Signed and sworn to before me this 18th day of May, 2010, at Los Angeles, California.

_____
THE HONORABLE JOHN E. McDERMOTT
United States Magistrate Judge

## List of Exhibits

A. Supplemental Affidavit of Darren Slotsve, Special Agent, U.S. Internal Revenue Service, Criminal Investigation Division

    Tab 1.   Additional technical specifications for the Leybold Screw Vacuum Pump ScrewLine 00060 117008, SP630

    Tab 2.   Additional technical specifications for VAT Gate Valve Model 12040-PA44 ISO 100 S/N 1292

    Tab 3.   Additional technical specifications for Pfeiffer FV1 Bourdon Tube Vacuum Gauge, DN 10 ISO-KF

# Exhibit A

## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF THE REQUEST FOR EXTRADITION OF AMIRHOSSEIN SAIRAFI

I, Darren Slotsve, a Special Agent with the Internal Revenue Service, Criminal Investigation Division ("IRS-CID"), having been duly sworn, do hereby depose and state as follows:

1. I am a citizen of the United States of America and a resident of the state of California.

2. I have been a Special Agent of the IRS-CID since December 1991. Additionally, since December 2002, I have been assigned as a Task Force Officer with the Federal Bureau of Investigation's ("FBI") Joint Terrorism Task Force ("JTTF"). In my experience with the IRS-CID and JTTF I have directed or otherwise been involved in investigating violations of federal law.

3. In the course of my duties with the IRS-CID and JTTF, I have participated in and become familiar with the facts of the investigation of the criminal activities of Amirhossein SAIRAFI, Jirair Avanessian, and Farhad Masoumian. As a result, I am familiar with the charges and the evidence in the case United States v. Jirair Avanessian, Farhad Masoumian, and Amirhossein Sairafi, criminal case number 09-1344(A)-VBF, in the United States District Court for the Central District of California. SAIRAFI is charged with exporting and conspiring to export vacuum-pumps and related equipment, which have a number of advanced technological applications including potential application in the enrichment of uranium, and with money laundering.

4. This affidavit supplements my affidavit previously submitted with the original extradition documents in support of SAIRAFI's extradition. I hereby incorporate by reference

Page 1 of 3

my original affidavit, along with Tabs 1 to 3 of this affidavit, in its entirety.

    5.    Since the submission of my original affidavit, I have obtained additional technical specifications for three of the parts charged in the First Superseding Indictment in this case. Attached at Tab 1 to 3 are additional technical specifications for the following parts contained in the Indictment that were exported from the United States to Iran via the United Arab Emirates.

    a.    Tab 1: Leybold Screw Vacuum Pump ScrewLine 00060 117008, SP630 referred to in Count 27 of the First Superseding Indictment. Previously, technical specifications were provided in Tab 3 of my original affidavit. See paragraph 28(v) of my original affidavit. In addition to that information, one document containing the specifications for the pump attached in Tab 1 to this Affidavit reflects that its speed is 650 cubic meters per hour, or 371 cubic feet per minute. According to a representative of Leybold, however, the pumping speed varies with the pressure, as reflected in the document titled "SP630 Pumping Performance" that was provided by a Leybold representative and that is also attached hereto in Tab 1.

    b.    Tab 2: VAT Gate Valve Model 12040-PA44 ISO 100 S/N 1292, referred to in Count 4 of the First Superseding Indictment. Previously, technical specifications were provided in Tab 3 of my original affidavit. See paragraph 28(c) of my original affidavit. In addition to that information, a document containing the specifications for the valve attached in Tab 2 to this Affidavit and my communications with other law enforcement agents and their communication with a representative of a vacuum equipment supplier indicate that the valve is made out of aluminum and that it is Viton O-ring sealed.

c.  Tab 3: Pfeiffer FV1 Bourdon Tube Vacuum Gauge, DN 10 ISO-KF referred to in Count 31 of the First Superseding Indictment. See Paragraph 27 of my original affidavit. Though I was previously unable to locate further details concerning this part, I now attach a specification sheet for the part referred to in Count 31 of the First Superseding Indictment with additional technical specifications (for example, that its measurement range is 10-1000 mbar), and it is attached hereto in Tab 3 of this affidavit.

## CONCLUSION

6.  This affidavit is sworn to before a Magistrate Judge of the United States District Court, Central Judicial District of California, who is a person duly empowered to administer an oath for this purpose.

Darren Slotsve
Special Agent
Internal Revenue Service -
Criminal Investigation Division

Signed and sworn to before me this 18th day of May 2010, at Los Angeles, California.

THE HONORABLE JOHN E. McDERMOTT
United States Magistrate Judge

# Tab 1

| Additional Technical Data | ScrewLine SP630 F | |
|---|---|---|
| | 50 Hz | 60 Hz |
| Cooling | Water | Water |
| Water connection                    G | 1/2" ISO 228-1 | 1/2" ISO 228-1 |
| Water temperature              °C (°F) | 5 - 35 (41 - 95) | 5 - 35 (41 - 95) |
| Minimum water feed pressure bar (psi, gauge) | 2 (15) | 2 (15) |
| Nominal flow at a water feed temperature of 25° C (77 °F)    l / min (gal / min) | 12 (3) | 12 (3) |

| Ordering Information | ScrewLine SP630/SP630 F | |
|---|---|---|
| | 50 Hz | 60 Hz |
| **ScrewLine SP630** | | |
| air cooled, | Part No. 117 001 | Part No. 117 002 |
| with SP Guard | Part No. 117 003 | Part No. 117 004 |
| with adapter for RUVAC 2001, SP Guard and electromagnetic gas ballast | Part No. 117 005 | Part No. 117 006 |
| with SP Guard and manual gas ballast | Part No. 117 007 | Part No. 117 008 |
| with SP Guard and electromagnetic gas ballast | Part No. 117 009 | Part No. 117 010 |
| with adaptor for RUVAC 2001, SP Guard and manual gas ballast | Part No. 117 011 | Part No. 117 012 |
| with SP Guard, purge gas kit and manual gas ballast | Part No. 117 017 | Part No. 117 018 |
| with SP Guard, purge gas kit and electromagnetic gas ballast | Part No. 117 019 | Part No. 117 020 |
| **ScrewLine SP630 F** | | |
| water cooled, with adapter for RUVAC 2001, SP Guard and electromagnetic gas ballast | Part No. 117 105 | Part No. 117 106 |
| with SP Guard and manual gas ballast | Part No. 117 107 | Part No. 117 108 |
| Exhaust silencer | Part No. 119 001 | Part No. 119 001 |
| Roots pump adapter for RUVAC 2001 | Part No. 119 021 | Part No. 119 021 |
| Dust filter [1] | Part No. 951 72 | Part No. 951 72 |
| Elbow 90° (DN 100 ISO-K) | Part No. 887 26 | Part No. 887 26 |
| Clamping screws for DN ISO-K | Part No. 267 01 | Part No. 267 01 |
| Centering ring for DN ISO-K | Part No. 268 06 | Part No. 268 06 |
| Flushing kit SP 630 | | |
| with tap water connection | Part No. 500 003 063 [2] | Part No. 500 003 063 [2] |
| with purging vessel | Part No. 500 003 068 [2] | Part No. 500 003 068 [2] |
| Flushing kit SP 630 and fitted RUVAC | | |
| with tap water connection | Part No. 500 003 074 | Part No. 500 003 074 |
| with purging vessel | Part No. 500 003 075 | Part No. 500 003 075 |
| Intermediate piece DN ISO-K | Part No. 119 020 | Part No. 119 020 |
| Gas ballast, manual (DN ISO-K) | Part No. 119 051 | Part No. 119 051 |
| Gas ballast, 24 V DC (DN 16 KF) | Part No. 119 052 | Part No. 119 052 |
| SP Guard kit, complete [3] | Part No. EK 110 000 809 | Part No. EK 110 000 809 |
| Non-return valve (DN 100 PN 6) | Part No. 119 010 | Part No. 119 010 |
| Purge gas retrofit kit | Part No. 119 030 [4] | Part No. 119 030 [4] |



[1] For information on the dust filter please refer to the Product Section C02, Section "Accessories"
[2] Both part numbers can also be used in the case of pump systems with a frame (pump system)
[3] Can currently only be installed through a Leybold service
[4] available in July 2005

**Dry Compressing Screw Vacuum Pump**

| Technical Data | | ScrewLine SP630 | |
|---|---|---|---|
| | | 50 Hz | 60 Hz |
| Pumping speed | $m^3 \times h^{-1}$ (cfm) | 630 (371) | 630 (371) |
| Ultimate total pressure | mbar (Torr) | ≤ 0.01 (≤ 0.0075) | ≤ 0.01 (≤ 0.0075) |
| Maximum exhaust pressure with reference to the ambient pressure | | $p_{ex} = p_{amb}$ + 200 mbar (150 Torr) − 50 mbar (37 Torr) | $p_{ex} = p_{amb}$ + 200 mbar (150 Torr) − 50 mbar (37 Torr) |
| Intake pressure limits, max. | mbar (Torr) | 1030 (773) | 1030 (773) |
| Noise level [1] | dB(A) | ≤ 75 | ≤ 75 |
| Permissible ambient temperature | °C (°F) | +10 to +40 (+50 to +104) | +10 to +40 (+50 to +104) |
| Contamination degree [2] | | 3 | 3 |
| Water vapour tolerance (with gas ballast) | mbar (Torr) | 40 (30) | 40 (30) |
| Water vapour capacity (with gas ballast) | $kg \times h^{-1}$ (gal $\times h^{-1}$) | 14 (3.7) | 14 (3.7) |
| Relative humidity of the ambient air [3] | % | max. 95 | max. 95 |
| Installation location | | up to 3000 metres (9.800 feet) (above sea level) | up to 3000 metres (9.800 feet) (above sea level) |
| Cooling | | Air | Air |
| Power supply | ΔΔ | 56 A / 200 V | 52 A / 210 V |
| | Δ | 28 A / 400 V | 24 A / 460 V |
| cos φ | | 0.89 | 0.90 |
| Nominal power | kW (HP) | 15 (20) | 15 (20) |
| Power consumption at ultimate pressure | kW (HP) | < 11 (< 15) | < 11 (< 15) |
| Motor rotational speed | rpm | 2930 | 3530 |
| Type of protection | IP | 55 | 55 |
| Thermal protection class | | F | F |
| Lubricant filling (ANDEROL 555) | l | 15 | 15 |
| Intake flange and exhaust flange compatible to | | EN 1092-2 - PN 6 - DN 100 EN 1092-2 - PN 16 - DN 100 ISO 1609-1986 (E)-100 (DN 100 ISO-K) [4] ASME B 16.5 NPS4 class 150 | EN 1092-2 - PN 6 - DN 100 EN 1092-2 - PN 16 - DN 100 ISO 1609-1986 (E)-100 (DN 100 ISO-K) [4] ASME B 16.5 NPS4 class 150 |
| Materials (components in contact with the gas) | | Aluminum, alumnium anodic oxidised, C steel, CrNi steel, grey cast-iron, FPM (Viton) | Aluminum, alumnium anodic oxidised, C steel, CrNi steel, grey cast-iron, FPM (Viton) |
| Weight, approx. | kg (lbs) | 530 (1166) | 530 (1166) |
| Dimensions (W x D x H) | mm (in.) | 1630 x 660 x 880 (64 x 26 x 35) | 1630 x 660 x 880 (64 x 26 x 35) |

[1] with sealed off lines at ultimate pressure (in accordance with ISO 4871)
[2] in accordance with EN 50178
[3] in accordance with EN 60721-3-3
[4] this flange is required when ISO-K flanges are to be connected (P/N 267 50)

# SP630 Pumping Performance

Oerlikon Leybold Vacuum USA

oerlikon
leybold vacuum



# oerlikon
leybold vacuum

## SP630 Performance @ 60Hz

### Air pumping

| torr | m³/h | sccm |
|---|---|---|
| 750.2468 | 426 | 6534051 |
| 700 | 424.5074 | 6075081 |
| 600 | 421.7972 | 5173967 |
| 500 | 420.803 | 4301477 |
| 400 | 418.8263 | 3425017 |
| 300 | 414.3871 | 2541536 |
| 200 | 413.0283 | 1688801 |
| 100 | 444.9401 | 909641.6 |
| 90 | 451.5706 | 830877.4 |
| 80 | 459.0999 | 750872.1 |
| 70 | 467.7879 | 669446.3 |
| 60 | 478.0181 | 586360 |
| 50 | 488.1418 | 498981.8 |
| 40 | 500.2437 | 409082 |
| 30 | 515.0169 | 315872.3 |
| 20 | 534.9959 | 218750.6 |
| 10 | 565.4694 | 115605.3 |

| torr | m³/h | sccm |
|---|---|---|
| 9 | 570.3934 | 104950.8 |
| 8 | 575.9487 | 94198.19 |
| 7 | 582.2656 | 83327.42 |
| 6 | 589.5936 | 72322.39 |
| 5 | 597.0168 | 61027.46 |
| 4 | 601.6579 | 49201.5 |
| 3 | 604.3106 | 37063.82 |
| 2 | 605.7085 | 24766.37 |
| 1 | 602.0678 | 12308.76 |
| 0.9 | 601.3088 | 11063.91 |
| 0.8 | 600.4614 | 9820.732 |
| 0.7 | 596.8911 | 8542.045 |
| 0.6 | 590.0354 | 7237.658 |
| 0.5 | 582.0285 | 5949.534 |
| 0.4 | 571.0245 | 4669.641 |
| 0.3 | 554.3491 | 3399.956 |
| 0.2 | 527.683 | 2157.604 |
| 0.1 | 463.1451 | 946.8602 |

| torr | m³/h | sccm |
|---|---|---|
| 0.09 | 448.7768 | 825.7368 |
| 0.08 | 433.2414 | 708.5797 |
| 0.07 | 412.6129 | 590.4859 |
| 0.06 | 386.3464 | 473.911 |
| 0.05 | 356.4004 | 364.3149 |
| 0.04 | 319.8141 | 261.5329 |
| 0.03 | 269.9253 | 165.5517 |
| 0.02 | 185.8833 | 76.00448 |
| 0.01 | 0.515564 | 0.105403 |
| 0.009 | 0.121467 | 0.02235 |
| 0.008 | 0.024133 | 0.003947 |
| 0.007502 | 0.01 | 0.001534 |

*Leybold confidential*

Page 3    SP630 Performance

# Tab 2

# Vacuum gate valve — VAT Series 12

Low cost gate valve

Thin profile and light-weight



## Body material

(aluminum)

## Manual actuator

toggle lever

| DN | | Ordering numbers | | |
|---|---|---|---|---|
| mm | inch | ISO-F | ASA-LP | JIS |
| 63 | 2½ | 12036-PA06 | | |
| 100 | 4 | 12040-PA06 | 12040-TA06 | 12040-JA06 |
| 160 | 6 | 12044-PA06 | 12044-TA06 | 12044-JA06 |
| 200 | 8 | 12046-PA06 | 12046-TA06 | 12046-JA06 |
| 250 | 10 | 12048-PA06 | 12048-TA06 | 12048-JA06 |
| 320 | 12 | 12050-PA06 | 12050-TA06 | 12050-JA06 |

## Pneumatic actuator

double acting
with position indicator
with solenoid

| DN | | Ordering numbers (specify control voltage) | | |
|---|---|---|---|---|
| mm | inch | ISO-F | ASA-LP | JIS |
| 63 | 2½ | 12036-PA44 | | |
| 100 | 4 | 12040-PA44 | 12040-TA44 | 12040-JA44 |
| 160 | 6 | 12044-PA44 | 12044-TA44 | 12044-JA44 |
| 200 | 8 | 12046-PA44 | 12046-TA44 | 12046-JA44 |
| 250 | 10 | 12048-PA44 | 12048-TA44 | 12048-JA44 |
| 320 | 12 | 12050-PA44 | 12050-TA44 | 12050-JA44 |

Large sizes           DN 500 - 1250 (20" - 50"): see series 19, page 60

## Sealing materials

Gate: VITON
Bonnet: VITON

## Feedthrough

VITON/shaft feedthrough



1 valve gate     3 leaf springs   5 ball pairs    7 gate seal
2 counter plate  4 spring stop    6 detents       ▽ valve seat side

## Features

High quality shaft feedthrough

VATLOCK configuration (see glossary)

## Technical data

Continued next page

| | |
|---|---|
| Leak rate: body, valve seat | $< 1 \cdot 10^{-9}$ mbar l s$^{-1}$ |
| Pressure range | |
| - DN 63 - 200 | $1 \cdot 10^{-7}$ mbar to 1.6 bar (abs) |
| - DN 250 - 320 | $1 \cdot 10^{-7}$ mbar to 1.2 bar (abs) |
| Differential pressure on the gate | |
| - DN 63 - 200 | ≤ 1.6 bar in either direction |
| - DN 250 - 320 | ≤ 1.2 bar in either direction |
| Differential pressure at opening | ≤ 30 mbar |
| Cycles until first service | 50,000 |
| Temperature | |
| - Valve body | ≤ 150 °C |
| - Manual actuator | ≤ 80 °C |
| - Pneumatic actuator | ≤ 50 °C |
| - Position indicator | ≤ 80 °C |
| - Solenoid | ≤ 50 °C |
| Material | |
| - Valve body | G-AlSi7Mg or AlMgSi1 |
| - Valve gate | AISI 304 (1.4301) |
| - Mechanism | AISI 304 (1.4301), AISI 420 (1.4034), AISI 301 (1.4310), AlMgSi1, bronze |
| Seal: bonnet, gate | VITON |
| Mounting position | any |
| Solenoid | 24 V DC, 2.5 W (others see «options») |
| Position indicator: contact rating | 5 A/250 V AC, 3 A/50 V DC |
| Valve position | visual (mechanical) |

# Tab 3

## Vacuum gauges



Vacuum gauge for monitoring the operating pressure

### Technical data

| | FV 1, G 1/2" | FV 1, DN 10 ISO-KF |
|---|---|---|
| Dimension (diameter) | 80 mm | 80 mm |
| Connection | G 1/2" | DN 10 ISO-KF |
| Mounting orientation | vertical | vertical |
| Weight | 0.3 kg | 0.3 kg |
| Measurement range max. | 10-1000 mbar | 10-1000 mbar |

### Ordering Number

| | | |
|---|---|---|
| Vacuum gauges | P6 006 102 ZC | PK M10 001 A |

## Adapter

### Adapter flange for pumps

| | Order.-No. |
|---|---|
| Adapter, G 3/8" at DN 16 ISO-KF | PK 101 002 |
| Adapter, G 3/8" at DN 25 ISO-KF | PK 101 004 |
| Adapter, G 1/2" at DN 25 ISO-KF | PK 101 005 |
| Adapter, G 1 1/4" at DN 25 ISO-KF | PK 101 006 |
| Adapter, G 2" at DN 63 ISO-K | PK 101 007 |

### Adapter flange for dust separator and ball valves

| | Order.-No. |
|---|---|
| Screw-in flange with R 1/2" external thread, cone to DN 25 ISO-KF, for SAS 20/VKP 20 | PK 101 034 |
| Screw-in flange with R 1 1/4" external thread, cone to DN 40 ISO-KF, for SAS 90/VKP 90 | PK 101 035 |
| Screw-in flange with R 2" external thread, cone to DN 63 ISO-F, for SAS 250/VKP 250 | PK 101 036 |
| Screw-in flange with R 3" external thread, cone to DN 100 ISO-F, for SAS 630/VKP 630 | PK 101 037 |
| Screw-in flange with R 1/2" external thread-cone to DN 26 ISO-KF/ R 1/2, for SAS 20 / VKP 20 | PK 101 056 |