```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                   CRIMINAL MINUTES -- GENERAL
```

Case No.  **CR 09-1344-VBF**                         Dated: July 16, 2010
========================================================================
**PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE**

```
Joseph Remigio              Leandra Amber           Anthony J. Lewis
Courtroom Deputy           Court Reporter           Patrick Fitzgerald
                                                    Rozella Oliver
                         Manushak Avetisyan         Asst. U.S. Attorney
                           Interpreter                  Present
```

========================================================================
U.S.A. vs Avanessian, et al.              Attorneys for Defendants

1)   Jirair Avanessian                1)   Mark Geragos, retained
     Present - In Custody                  Tina Glandian, retained
                                           Present

PROCEEDINGS:   **CHANGE OF PLEA AND SETTING OF SENTENCING DATE**

Case called, and counsel make their appearances.

The Court orders the transcript of this proceeding SEALED.

Defendant is sworn.  The plea agreement is incorporated and made a part of this proceeding.

Defendant withdraws his previously entered plea of not guilty and enters a plea of Guilty to Count One (1), Count Thirty (30), and Count Forty-two (42) of the First Superseding Indictment.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea.  The Court finds that the defendant, Jirair Avanessian, has entered his plea freely and voluntarily with a full understanding of the charges against him and the consequences of his plea.  The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **October 1, 2010, at 3:00 pm**, for sentencing.  The defendant is ordered to return on this date.

**The Jury Trial on August 10, 2010, at 8:30 a.m. is hereby vacated AS TO THIS DEFENDANT ONLY.**

cc:    USM

                                                        page  1 of 2
MINUTES FORM 8                             Initials of Deputy Clerk jre
CRIM -- COP & SET SENT                            1 hr : 00 min

```
                USPO
CRIMINAL MINUTES -- GENERAL

Case No.  CR 09-1344-VBF                          Dated: July 16, 2010
==================================================================
```

**Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt.  Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy.  Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing.  Failure to meet these deadlines is grounds for sanctions.**

```
                                                      page  2 of 2
MINUTES FORM 8                              Initials of Deputy Clerk jre
CRIM -- COP & SET SENT                                1 hr : 00 min
```